UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

**CONSENT CASE**

HARRY L. DANOW,

    Plaintiff,

v.

LAW OFFICE OF DAVID E. BORACK, P. A.,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS

This Court having been presented Plaintiff's Motion for Extension of Time to file Plaintiff's Opposition to Defendant's Motion for Sanctions (DE 94), and having reviewed same and being otherwise duly advised in the premises it is hereupon,

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED. Plaintiff shall have up to and including November 12, 2007 in which to file Plaintiff's Opposition to Defendant's Motion for Sanctions.

DONE AND ORDERED in the Southern District of Florida this 30th day of October, 2007.

                                                      TED E. BANDSTRA
                                                      Chief, United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Steven M. Canter, Esq., Counsel for Defendant