UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
TIME: 9:00 A.M.

1:00 - 4:30
9am - 11:45

**CIVIL TRIAL MINUTES FOR CHIEF MAGISTRATE JUDGE TED E. BANDSTRA**

Date: 6/23/08   Day #1          Case 05-61562-CV-MARTINEZ/BANDSTRA

CRD: PATTY FITZPATRICK          Ct. Reporter Carly Horenkamp

PARTIES: HARRY L. DANOW
VS.
DAVID E. BORACK

PLTF ATTORNEYS                          DEFT. ATTORNEYS

DONALD A. YARBROUGH                     STEVEN M. CANTER
Leo Bueno

9:00 ✓ am      Trial Commenced - Jury/Non-Jury
  /✓/           Statement of case to jury - voir dire
  /✓/           Jury impaneled & Sworn

1_____   6_____
2_____   7_____
3_____   8_____
4_____   9_____
5_____   10_____

Opening Statements, Shaun Danow Sworn + testified
Cross examined
Harry L. Danow Sworn + Testified, Cross examined

/✓/ Trial Continued until  6-24-08         at  9:15  am/~~pm~~
/__/ Jury returned verdict in favor of _____. See verdict form
/__/ Court trial continued to _____ at _____ am/pm
/__/ Court trial concluded. Case taken under advisement. Briefing schedule as
     follows:  Pltf's due _____ Deft's due _____ Reply due _____