AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

Harry L. Danow v. The Law Office of David E. Borack, P.A.

**EXHIBIT AND WITNESS LIST**

Case Number: 05-61562-CV-

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>Ted E. Bandstra | PLAINTIFF'S ATTORNEY<br>Donald A. Yarbrough | | DEFENDANT'S ATTORNEY<br>Steven M. Canter | | |
| TRIAL DATE(S)<br>6/23/08 | COURT REPORTER<br>Curleen Hansen Kemp | | COURTROOM DEPUTY<br>Patty W. Fitzpatrick | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Sharon Danow Sworn & Testified |
| 1 | | 6/23 | | ✓ | Letter October 14 2004 Cross examined |
| | 1 | " | ✓ | ✓ | Affidavit |
| | 2 | " | ✓ | ✓ | Defendant's First Set of Interrogatories |
| | 3 | " | ✓ | ✓ | Plff's Answers to First Set of Interrogatories |
| 2 | | " | ✓ | ✓ | Transcription of Plaintiff's Tape Recording |
| | 4 | " | ✓ | | Complaint State Court (Default Final Judgment) |
| | 5 | " | ✓ | ✓ | Transcript of Tape |
| | 6 | " | ✓ | ✓ | Affidavit of Harry Danow in Support Plff's Opp |
| 3 | | 6/24 | ✓ | ✓ | Diary Screen |
| | 7 | " | ✓ | ✓ | David Borack - Pictures of Mr. Danow's Signature |
| | 8 | " | ✓ | | Fair Collection Statute Test |
| | 9 | " | ✓ | ✓ | Fair Debt Collection Act |
| | 10 | " | ✓ | ✓ | Fact Information Sheet Form 7.343 |
| | 11 | " | ✓ | ✓ | Default Final Judgment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages