UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 05-61562-CIV-MARTINEZ/BANDSTRA

HARRY L. DANOW,

    Plaintiff,

v.

**Consent Case**

THE LAW OFFICE OF
DAVID E. BORACK, P.A.,

    Defendant.
_____/

## VERDICT

Question 1: Did the Defendant violate the Fair Debt Collection Practices Act?

    Yes    ✓ _____

    No    _____

If your answer to Question 1 is "Yes", then proceed to answer Question 2. If your answer to Question 1 is "No" then your verdict is for the Defendant and you need <u>not</u> answer the questions that follow. Simply sign and date this verdict. If your answer to question 1 is "Yes" proceed to Question 2.

Question 2: Did the Defendant's violation of this statute occur due to a bona fide error in which the following matters were proven:

    a)    That the violation was not intentional; and

    b)    That the violation occurred notwithstanding the maintenance of procedures adapted to avoid any such error.

    Yes    _____

    No    ✓ _____

If your answer to Question 2 is "Yes" your verdict is for the defendant and you need not answer the questions that follow. Simply sign and date the verdict. If you answer the Question 2 is "No", proceed to Question 3 and 4.

Question 3: What is the amount of Plaintiff's statutory damages, if any?

$ 1,000.00

Question 4: What is the amount of Plaintiff's actual damages, if any?

$ 0

SO SAY WE ALL THIS ___24___ day of June, 2008.

_____
FOREPERSON

4