1

FILED by _CU_ D.C.

JUL 2 9 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HARRY L. DANOW,　　　　　　　　　　　)
-------------------- Plaintiff,　　) Miami, Florida
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　) Case No.
　　　　　　　　　　　　　　　　　　　) 05-61562-CIV-JEM/BANDSTRA
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
THE LAW OFFICE OF DAVID E.　　　　　)
BORACK, PA,　　　　　　　　　　　　　)
-------------------- Defendant.　　) PAGES 1 THROUGH 58

PARTIAL TRANSCRIPT OF CIVIL JURY TRIAL
(TESTIMONY OF DAVID BORACK DURING PLAINTIFF'S CASE-IN-CHIEF)

BEFORE THE HONORABLE TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE
and a Jury of 7

JUNE 24, 2008, 9:32 A.M.

ORIGINAL

APPEARANCES:

For the Plaintiff:　　Mr. Donald A. Yarbrough, Esq.
　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　Suite 105, 2000 E. Oakland Park Blvd.
　　　　　　　　　　　P.O. Box 11842
　　　　　　　　　　　Fort Lauderdale, FL   33339

　　　　　　　　　　　Mr. Leo Bueno, Esq.
　　　　　　　　　　　LAW OFFICE OF LEO BUENO, PA
　　　　　　　　　　　3001 Ponce de Leon Blvd
　　　　　　　　　　　Suite 262
　　　　　　　　　　　Coral Gables, FL   33134

For the Defendant:　　Mr. Steven M. Canter, Esq.
　　　　　　　　　　　BORACK & ASSOCIATES
　　　　　　　　　　　2300 Maitland Center Parkway
　　　　　　　　　　　Suite 200
　　　　　　　　　　　Maitland, FL   32751

Carly L. Horenkamp, RMR, CRR   99 NE Fourth Street, Room 1155
Miami, Florida 33132   Phone: 305.523.5138

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 05-61562-CV TEB
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____