```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA

HARRY L. DANOW,                    )
----------------------- Plaintiff, ) Miami, Florida
                                   )
                                   )
                                   )
                                   )   FILED by ally D.C.
                                   )
       vs.                         )        Case No.
                                   )   JUL 2 9 2008
                                   )   05-61562-CIV-JEM/BANDSTRA
                                   )   STEVEN M. LARIMORE
                                   )   CLERK U. S. DIST. CT
                                   )   S. D. of FLA. - MIAMI
THE LAW OFFICE OF DAVID E.         )
BORACK, PA,                        )
----------------------- Defendant. ) PAGES 1 THROUGH 29


           PARTIAL TRANSCRIPT OF CIVIL JURY TRIAL
 (TESTIMONY OF DAVID BORACK DURING DEFENDANT'S CASE-IN-CHIEF)

             BEFORE THE HONORABLE TED E. BANDSTRA
                UNITED STATES MAGISTRATE JUDGE
                       and a Jury of 7

                 JUNE 24, 2008, 11:28 A.M.                ORIGINAL


APPEARANCES:

For the Plaintiff:     Mr. Donald A. Yarbrough, Esq.
                       Attorney at Law
                       Suite 105, 2000 E. Oakland Park Blvd.
                       P.O. Box 11842
                       Fort Lauderdale, FL  33339

                       Mr. Leo Bueno, Esq.
                       LAW OFFICE OF LEO BUENO, PA
                       3001 Ponce de Leon Blvd
                       Suite 262
                       Coral Gables, FL  33134


For the Defendant:     Mr. Steven M. Canter, Esq.
                       BORACK & ASSOCIATES
                       2300 Maitland Center Parkway
                       Suite 200
                       Maitland, FL  32751
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 05-61562-CV TEB
## DE#

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- X SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____