IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Miami, Florida

FILED by ABD D.C.
AUG 13 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

HARRY L. DANOW,
--------------------- Plaintiff,

vs.

THE LAW OFFICE OF DAVID E. BORACK, PA,
--------------------- Defendant.

Case No.
05-61562-CIV-JEM/BANDSTRA

PAGES 1 THROUGH 180

VOLUME 1
TRANSCRIPT OF CIVIL JURY TRIAL

BEFORE THE HONORABLE TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE
and a Jury of 7

JUNE 23, 2008, 9:13 A.M.

ORIGINAL

APPEARANCES:

For the Plaintiff:   Mr. Donald A. Yarbrough, Esq.
                     Attorney at Law
                     Suite 105, 2000 E. Oakland Park Blvd.
                     P.O. Box 11842
                     Fort Lauderdale, FL  33339

                     Mr. Leo Bueno, Esq.
                     LAW OFFICE OF LEO BUENO, PA
                     3001 Ponce de Leon Blvd
                     Suite 262
                     Coral Gables, FL  33134

For the Defendant:   Mr. Steven M. Canter, Esq.
                     BORACK & ASSOCIATES
                     2300 Maitland Center Parkway
                     Suite 200
                     Maitland, FL  32751

Carly L. Horenkamp, RMR, CRR   99 NE Fourth Street, Room 1155
Miami, Florida  33132   Phone: 305.523.5138

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 05-61562-CV TEB
### DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____