UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

**CONSENT CASE**

HARRY L. DANOW,

    Plaintiff.

v.

THE LAW OFFICE OF DAVID E. BORACK, P.A.,

    Defendants.
_____/

**PLAINTIFF'S VERIFIED MOTION FOR
AN AWARD OF COSTS AND ATTORNEY'S FEES**

Plaintiff, HARRY L. DANOW, moves the Court for an Order that Defendant, THE LAW OFFICE OF DAVID E. BORACK, P. A., pay to Plaintiff an award of costs, litigation expense, and attorney's fees for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq*. and, in support thereof states as follows:

    1.    Plaintiff herein was represented by Donald A. Yarbrough, Deepak Gupta, and Leo Bueno.

    2.    After an initial dismissal with prejudice, this case was reinstated after appeal. Cross motions for summary judgment were denied and the case was set for trial. A trial was held and the jury returned a verdict in favor of Plaintiff for statutory damages of $1,000.00 for violation of the Fair Debt Collection Practices Act.

    3.    On October 1, 2008 the Court granted Plaintiff's Motion for Entry of Final

Judgment (DE 138) awarding Plaintiff $1,000.00 in statutory damages pursuant to the verdict of the jury based upon the Fair Debt Collection Practices Act and reserved jurisdiction on Plaintiff's attorney fees and costs. Accordingly, Plaintiff is the prevailing party in this action and Plaintiff now seeks a Final Judgment for attorney's fees and costs.

4.  Plaintiff's attorney Donald A. Yarbrough has expended a total of 165.6 hours on behalf of Plaintiff. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

5.  The hourly rate for the services provided by Donald A. Yarbrough is $350.00 per hour.

6.  The reasonable attorney fee for the services of Donald A. Yarbrough in this matter is $57,960.00 (165.6 hours x $350/hour). Mr. Yarbrough has exercised billing judgment in the preparation of his time records. He has chosen to not bill 14 hours and 30 minutes time incurred in the litigation of this case. He has chosen not to bill for his paralegal who expended substantial time on this case including attendance at trial.

7.  Mr. Yarbrough incurred costs and litigation expenses of $715.60 in prosecution of this matter. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

8.  Plaintiff's attorney Deepak Gupta has expended a total of 56.05 hours on behalf of Plaintiff. See Declaration of Deepak Gupta in Support of Plaintiff's Motion for

Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of Deepak Gupta in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

9. The hourly rate for the services provided by Deepak Gupta is $350.00 per hour.

10. The reasonable attorney fee for the services of Deepak Gupta in this matter is $19,617.50 (56.05 hours x $350/hour).

11. Plaintiff's attorney Leo Bueno has expended a total of 27.1 hours on behalf of Plaintiff. See Declaration of Leo Bueno in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of Leo Bueno in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees. Mr. Bueno has chosen not to seek 11.80 hours time he expended in this case for the reasons explained in this Declaration.

12. The hourly rate for the services provided by Leo Bueno is $400.00 per hour.

13. The reasonable attorney fee for the services of Leo Bueno in this matter is $10,840.00 (27.1 hours x $400/hour).

14. Under the FDCPA, a prevailing Plaintiff is entitled to attorney fees and costs incurred in the litigation of this Motion for Attorney Fees and Costs, and, accordingly, this Application includes the attorney fees and costs incurred in preparation of this Motion.

15. This Motion is further supported by the accompanying Memorandum of Law.

16. Pursuant to S.D. Fla. L.R. 7.3 B(iii), Plaintiff discloses that the terms of his agreement with counsel Donald A. Yarbrough and Deepak Gupta for payment of attorney's fees and costs are the greater of 40% of any recovery or $350.00 per hour plus costs incurred. Plaintiff's agreement with his counsel Leo Bueno is $400.00 per hour.

17. As required by S.D. Fla. L.R. 7.3 B(vii), Plaintiff is filing with this Motion, an Affidavit of an Expert in support of Plaintiff's attorney's fees.

18. The total reasonable attorney fees and costs for the services of Plaintiff's counsel is:

| | |
|---|---|
| Mr. Yarbrough | 57,960.00 |
| Mr. Gupta | 19,617.50 |
| Mr. Bueno | 10,840.00 |
| Total Attorney Fees | 88,417.50 |
| Costs | 715.60 |
| Total Fees and Costs | 89,133.10 |

19. Plaintiff requests the Court permit Plaintiff to file a supplemental request for fees and costs incurred in the litigation of this motion, the litigation of Defendant's Motion for Attorney Fees (DE 141) and the litigation of this matter on appeal as Defendant has recently filed an appeal of the final judgment.

**WHEREFORE**, Plaintiff, HARRY L. DANOW, respectfully requests that this Honorable Court award reasonable attorney fees for the services of Plaintiff's counsel in the amount of $88,417.50 and costs of $715.60 for a total of $89,133.10.

### **CERTIFICATION PURSUANT TO RULE 7.3 B**

The undersigned has reviewed the time records and supporting data in this matter and this Motion is well grounded in fact and is justified.

s/Donald A. Yarbrough
DONALD A. YARBROUGH

### **CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

Plaintiff's counsel conferred with Defendant's counsel in a good faith effort to resolve this motion and was unable to do so.

### **VERIFICATION**

I, Donald A. Yarbrough, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the foregoing statements are true.

s/Donald A. Yarbrough
at Fort Lauderdale, Florida

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone (954) 537-2000
Facsimile (954) 566-2235
donyarbrough@mindpring.com

By: s/Donald A. Yarbrough

                                                 Donald A. Yarbrough, Esq.
                                                 Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

HARRY L. DANOW,

    Plaintiff.

v.

THE LAW OFFICE OF DAVID E. BORACK, P.A.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Steven M. Canter, Esq.
Borack & Associates, P. A.
2300 Maitland Center Parkway, Suite 200
Maitland, FL 32751
Telephone   954-644-7331
Facsimile    954-644-7297

Via Notices of Electronic Filing generated by CM/ECF