# Donald A. Yarbrough, Esq.
## Suite 105, 2000 East Oakland Park Boulevard
## Post Office Box 11842
## Ft. Lauderdale, FL  33339
## 954-537-2000

Invoice submitted to:                                                   November 17, 2008

Mr. Harry L. Danow
6507 NW 70 Avenue
Tamarac FL 33321


Regarding: Danow, Harry v Borack
Invoice No.: 11137

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/7/2005 | DAY | Meeting<br>Interview with client regarding facts of case. | 0.75<br>350.00/hr | 262.50 |
| 9/8/2005 | DAY | Review<br>Review detailed print-out of debt collection account history notes detailing communications between Danow and Borack's office attached to a state court complaint filed against client by Borack. | 0.58<br>350.00/hr | 203.00 |
|  | DAY | Review<br>Review debt collection letters. | 0.33<br>350.00/hr | 115.50 |
|  | DAY | Research<br>Research federal law re possible violations of the FDCPA. | 0.58<br>350.00/hr | 203.00 |
|  | DAY | Meeting<br>Interview with Shawn Danow regarding his observations of communications between Borack's office and his Father and the effects of those communications on his Father. | 0.75<br>350.00/hr | 262.50 |
| 9/11/2005 | DAY | Background Investigation<br>Background research: Florida Corporations, Florida Fictitious Names, Broward County Occupational License, Florida Debt Collector License, Google, Florida Bar listing, etc. to obtain facts of the identify of Defendant. No corporation found even though the debt collection letters and state court suit claim Defendant is a "P. A". Review Complaint against Defendant filed in Middle District of Florida. | 0.75<br>350.00/hr | 262.50 |

Mr. Harry L. Danow        November 17, 2008        Invoice No.:    11137                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2005 | DAY | Research<br>Research law re violations alleged in complaint. | 0.50<br>350.00/hr | 175.00 |
|  | DAY | Draft<br>Draft/revise Complaint. | 2.25<br>350.00/hr | 787.50 |
| 9/25/2005 | DAY | Tele Conference<br>Telephone conference with client's son regarding<br>additional facts regarding telephone calls from Borack. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Research<br>Research law regarding telephone and name violations, | 0.50<br>350.00/hr | 175.00 |
|  | DAY | Revise<br>Make revisions to Complaint regarding additional<br>violations reported by Mr. Danow's son. | 1.00<br>350.00/hr | 350.00 |
|  | DAY | Other activities<br>Update background investigation of Defendant's recent<br>corporation filing and amendments to Defendant's<br>fictitious name. | 0.50<br>350.00/hr | 175.00 |
| 9/26/2005 | DAY | Review<br>Review date stamped copies of Summons and Complaint<br>filed with court today. | 0.05<br>350.00/hr | 17.50 |
| 10/4/2005 | DAY | Review<br>Review Trial Order (DE 4). | 0.25<br>350.00/hr | 87.50 |
| 11/15/2005 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel enclosing<br>Pretrial Order. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft<br>Draft correspondence to opposing counsel re Local Rule<br>16.1 as required by the rule. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Prepare<br>Prepare Plaintiff's Rule 26 Initial Disclosures. | 0.50<br>350.00/hr | 175.00 |
|  | DAY | Draft<br>Draft/revise Plaintiff's Certificate of Interested Parties. | 0.17<br>350.00/hr | 59.50 |

Mr. Harry L. Danow     November 17, 2008     Invoice No.:   11137      Page   3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2005 | DAY | Draft<br>Draft/revise Motion for Extension of Time to Reply to Defendant's Motion to Dismiss, DE 8. | 0.33<br>350.00/hr | 115.50 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding his position on my Motion for Extension of Time. | 0.05<br>350.00/hr | 17.50 |
| | DAY | Tele Conference<br>Telephone conference with opposing counsel re settlement. | 0.08<br>350.00/hr | 28.00 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Joint Scheduling Report and Defendant's Certificate of Interested Parties, both overdue. | 0.17<br>350.00/hr | 59.50 |
| | DAY | Review<br>Review Defendant's Motion to Dismiss. | 0.75<br>350.00/hr | 262.50 |
| 11/17/2005 | DAY | Review<br>Review opposing counsel's letter of November 17, 2005 regarding conference on motion for extension of time, Rule 26 Disclosures and Defendant's Rule 7.1 corporate disclosure. | 0.08<br>350.00/hr | 28.00 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Joint Scheduling Report meeting. | 0.17<br>350.00/hr | 59.50 |
| | DAY | Review<br>Review Defendant's website to gather facts about collection practices and Defendant's true name. | 0.25<br>350.00/hr | 87.50 |
| | DAY | Tele Conference<br>Telephone conference with Clerk to determine if Steven M. Canter is admitted to practice in Southern District. | 0.05<br>350.00/hr | 17.50 |
| 11/18/2005 | DAY | Prepare<br>Prepare Plaintiff's Witness List and Document Disclosure as required by (DE 4). | 0.50<br>350.00/hr | 175.00 |
| | DAY | Prepare<br>Prepare proposed Joint Scheduling Report. | 0.75<br>350.00/hr | 262.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:      11137                    Page      4

|            |     |                      | Hrs/Rate      | Amount |
|------------|-----|----------------------|---------------|--------|
| 11/18/2005 | DAY | Review<br>Review Defendant's Rule 26 Disclosures. | 0.17<br>350.00/hr | 59.50 |
|            | DAY | Review<br>Review of Defendant's 7.1 Disclosures. | 0.08<br>350.00/hr | 28.00 |
|            | DAY | Meeting<br>Meet with opposing counsel at my office regarding settlement, review of evidence, and preparation of Joint Scheduling Report as required by (DE 4). | 2.00<br>350.00/hr | 700.00 |
|            | DAY | Prepare<br>Prepare revisions to Joint Scheduling Report. | 0.33<br>350.00/hr | 115.50 |
|            | DAY | Tele Conference<br>Telephone conference with client regarding settlement. | 0.08<br>350.00/hr | 28.00 |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding proposed Joint Scheduling Report and rejecting offer to settle. | 0.17<br>350.00/hr | 59.50 |
| 11/21/2005 | DAY | Review<br>Review Defendant's Offer of Judgment served under certificate of service dated November 19, 2005. | 0.17<br>350.00/hr | 59.50 |
|            | DAY | Tele Conference<br>Telephone conference with client regarding Defendant's Offer of Judgment served under certificate of service dated November 19, 2005. | 0.17<br>350.00/hr | 59.50 |
| 11/23/2005 | DAY | Review<br>Review correspondence from opposing counsel regarding Joint Scheduling Report. | 0.25<br>350.00/hr | 87.50 |
| 11/28/2005 | DAY | Review<br>Review Defendant's Amended Rule 26 Disclosures. | 0.17<br>350.00/hr | 59.50 |
|            | DAY | Review<br>Review Defendant's Witness List and Document Disclosure. | 0.08<br>350.00/hr | 28.00 |
| 11/29/2005 | DAY | Review<br>Review Order on Motion for Extension of Time. | 0.08<br>350.00/hr | 28.00 |

Mr. Harry L. Danow        November 17, 2008        Invoice No.:     11137                    Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2005 | DAY | Review<br>Review opposing counsel's correspondence of November 23, 2005. | 0.17<br>350.00/hr | 59.50 |
| 12/3/2005 | DAY | Prepare<br>Prepare Opposition to Motion to Dismiss. | 3.00<br>350.00/hr | 1,050.00 |
|  | DAY | Research<br>Research regarding Plaintiff's Opposition to Defendant's Motion for Summary Judgment. | 2.00<br>350.00/hr | 700.00 |
| 12/4/2005 | DAY | Draft<br>Draft/revise Opposition to Motion to Dismiss. | 0.50<br>350.00/hr | 175.00 |
| 12/11/2005 | DAY | Review<br>Review Scheduling Order (DE 20). | 0.50<br>350.00/hr | 175.00 |
|  | DAY | Review<br>Review Mediation Order (DE 21). | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding selection of Mediator. | 0.08<br>350.00/hr | 28.00 |
| 12/15/2005 | DAY | Review<br>Review correspondence from opposing counsel of December 13, 2005. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding representation of Mr. Danow in state case. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Review<br>Review account history attached to Complaint and other attached documents. | 0.75<br>350.00/hr | 262.50 |
|  | DAY | Review<br>Review opposing counsel's fax of December 15, 2005 regarding Judgment. | 0.17<br>350.00/hr | 59.50 |
| 12/23/2005 | DAY | Tele Conference<br>Telephone conference with mediator regarding scheduling. | 0.05<br>350.00/hr | 17.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:          11137          Page          6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/23/2005 | DAY | Tele Conference<br>Telephone conference with client regarding mediation date. | 0.05<br>350.00/hr | 17.50 |
|  | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding mediation schedule. | 0.05<br>350.00/hr | 17.50 |
|  | DAY | Tele Conference<br>Telephone conference with mediator confirming scheduling. | 0.05<br>350.00/hr | 17.50 |
|  | DAY | Tele Conference<br>Telephone conference with client confirming scheduling. | 0.05<br>350.00/hr | 17.50 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding confirmation date for mediation. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Prepare<br>Prepare proposed Order Scheduling Mediation. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding approval of Mediation Order. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to Mediator regarding approval of proposed Mediation Order. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Tele Conference<br>Telephone conference with client regarding Fact Information Sheet. | 0.42<br>350.00/hr | 147.00 |
|  | DAY | Prepare<br>Prepare Affidavit regarding income and assets. | 0.17<br>350.00/hr | 59.50 |
| 12/31/2005 | DAY | Review<br>Review Affidavit and Information Sheet executed by client. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Tele Conference<br>Telephone conference with client regarding missing bank statement required for Affidavit. | 0.08<br>350.00/hr | 28.00 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:      11137                    Page      7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2006 | DAY | Review<br>Review Affidavit and Information Sheet signed by client. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Prepare<br>Prepare Notice of Appearance and Notice of Filing Affidavit and Information Sheet. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Research<br>Research law regarding statute of limitations and use of false name. | 2.00<br>350.00/hr | 700.00 |
|  | DAY | Prepare<br>Prepare Notice of Filing Supplemental Authority. | 0.25<br>350.00/hr | 87.50 |
| 1/11/2006 | DAY | Review<br>Review opposing counsel's letter of January 11, 2006 regarding Motion to Strike. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Research<br>Research regarding opposing counsel's Motion to Strike. | 0.17<br>350.00/hr | 59.50 |
| 1/16/2006 | DAY | Review<br>Review opposing counsel's letter of January 16, 2006 regarding Motion to Strike Supplemental Authority. | 0.08<br>350.00/hr | 28.00 |
| 1/18/2006 | DAY | Review<br>Review Defendant's Motion to Strike Supplemental Authority. | 0.33<br>350.00/hr | 115.50 |
| 1/30/2006 | DAY | Review<br>Review Order on Dismissal  (DE 29). | 0.75<br>350.00/hr | 262.50 |
|  | DAY | Draft correspondence<br>Draft correspondence to Mediator regarding cancellation of mediation. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Tele Conference<br>Telephone conference with regarding his approval to file Appeal. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Tele Conference<br>Telephone conference with Dick Rubin regarding appeal and Rule 59 Motion. | 0.75<br>350.00/hr | 262.50 |

Mr. Harry L. Danow        November 17, 2008        Invoice No.:    11137                    Page    8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/30/2006 | DAY | Research<br>Research standards for Rule 59 Motion. | 0.50<br>350.00/hr | 175.00 |
| | DAY | Draft correspondence<br>Draft correspondence to mediator regarding cancellation of mediation. | 0.17<br>350.00/hr | 59.50 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding prefiling Conference on Rule 59 e Motion. | 0.17<br>350.00/hr | 59.50 |
| 2/3/2006 | DAY | Review<br>Review Motion to Dismiss and Order to confirm analysis of telephone calls omitted. | 0.50<br>350.00/hr | 175.00 |
| | DAY | Research<br>Research law. | 1.50<br>350.00/hr | 525.00 |
| | DAY | Draft<br>Draft/revise Motion to Reconsider. | 1.50<br>350.00/hr | 525.00 |
| 2/15/2006 | DAY | Review<br>Review Defendant's Opposition to Plaintiff's Motion to Alter Judgment. | 0.25<br>350.00/hr | 87.50 |
| 2/17/2006 | DAY | Prepare<br>Prepare Reply to Defendant's Opposition to Plaintiff's Motion to Alter or Amend Judgment. | 0.75<br>350.00/hr | 262.50 |
| 2/27/2006 | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding changing mediation date and his Motion for Fees. | 0.22<br>350.00/hr | 77.00 |
| 3/16/2006 | DAY | Tele Conference<br>Telephone conference with Dick Rubin, Esq., regarding basis for Appeal. | 0.25<br>350.00/hr | 87.50 |
| | DAY | Tele Conference<br>Telephone conference with client regarding number of and content of telephone calls received after first letter telling them to stop.  Telephone answering machine was in Shawn's room.  Shawn recalls at least 8 calls after the letter was sent.  The 2 tape-recorded calls we have came in after the letter because he was not saving them prior to that. | 0.17<br>350.00/hr | 59.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:      11137                    Page      9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2006 | DAY | Review<br>Review interest rates for last 40 years before Borack's Jude 26, 2005 letter:  At least 3 occasions on which were lower in last 2 years. | 0.25<br>350.00/hr | 87.50 |
| 3/17/2006 | DAY | Research<br>Research validity of Offer of Judgment. | 1.00<br>350.00/hr | 350.00 |
|  | DAY | Tele Conference<br>Telephone conference with Dick Rubin, Esq., regarding Appeal. | 0.33<br>350.00/hr | 115.50 |
| 3/22/2006 | DAY | Tele Conference<br>Telephone conference with Dick Rubin, Esq., regarding Appeal. | 0.50<br>350.00/hr | 175.00 |
|  | DAY | Tele Conference<br>Telephone conference with Deepak Gupta, Esq., regarding Appeal. | 0.33<br>350.00/hr | 115.50 |
| 3/29/2006 | DAY | Prepare<br>Prepare Notice of Appeal. | 0.33<br>350.00/hr | 115.50 |
| 4/13/2006 | DAY | Tele Conference<br>Telephone conference with Deepak Gupta, Esq., regarding statement of appeal. | 0.25<br>350.00/hr | 87.50 |
|  | DAY | Review<br>Review documents received from Clerk. | 0.25<br>350.00/hr | 87.50 |
|  | DAY | Draft<br>Draft/revise Notice of Appearance. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft<br>Draft/revise Transcript Order Form. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to Depak Gupta, Esq., regarding statement of appeal. | 0.08<br>350.00/hr | 28.00 |
| 4/24/2006 | DAY | Review<br>Review Civil Appeal Statement prepared by Mr. Gupta. | 0.17<br>350.00/hr | 59.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137                              Page    10

|            |     |                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------------|--------|
| 4/24/2006  | DAY | Draft correspondence<br>Draft correspondence to 11th Circuit Clerk regarding error in my email address. | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Tele Conference<br>Telephone conference with Mr. Gupta regarding revisions to Civil Appeal Statement. | 0.17<br>350.00/hr | 59.50  |
| 5/3/2006   | DAY | Draft<br>Draft/revise Motion re: Civil Appeal Statement.                                              | 0.67<br>350.00/hr | 234.50 |
| 5/17/2006  | DAY | Review<br>Review and revise Appellant's Brief.                                                       | 1.00<br>350.00/hr | 350.00 |
| 5/21/2006  | DAY | Review<br>Review Mediation request sent by Mediator.                                                 | 0.17<br>350.00/hr | 59.50  |
|            | DAY | Draft correspondence<br>Draft correspondence to Mediator and opposing counsel regarding objection to any request for extension of time. | 0.17<br>350.00/hr | 59.50  |
|            | DAY | Draft<br>Draft/revise Confidential Mediation Statement.                                              | 1.00<br>350.00/hr | 350.00 |
| 5/23/2006  | DAY | Review<br>Review cancellation of mediation.                                                          | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Tele Conference<br>Telephone conference with Mediator regarding several questions he had regarding case. | 0.08<br>350.00/hr | 28.00  |
| 5/24/2006  | DAY | Tele Conference<br>Telephone conference with Mediator regarding his questions.                       | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Tele Conference<br>Telephone conference with Clerk regarding Order not received.                     | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Draft<br>Draft/revise Motion to Reinstate Appeal and two Affidavits.                                 | 0.75<br>350.00/hr | 262.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137                    Page    11

|            |     |                                                                                                        | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------|----------|--------|
| 6/1/2006   | DAY | Research<br>Research regarding standards applicable to Motion to Reinstate Appeal.                      | 1.50<br>350.00/hr | 525.00 |
|            | DAY | Draft<br>Draft/revise Reply to Appellees' Opposition to Appellant's Motion to Reinstate Appeal.        | 1.00<br>350.00/hr | 350.00 |
| 6/5/2006   | DAY | Research<br>Research regarding Appellees' Opposition to Motion to Reinstate Appeal.                    | 1.75<br>350.00/hr | 612.50 |
|            | DAY | Draft<br>Draft/revise Reply to Opposition to Appellee's Reply to Appellant's Motion to Reinstate Appeal. | 1.00<br>350.00/hr | 350.00 |
| 6/16/2006  | DAY | Review<br>Review Re-Notice of Mediation.                                                               | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Tele Conference<br>Telephone conference with to Mediator to inquire as to why Mediation re-noticed when case is closed and have not received Order reopening it. | 0.08<br>350.00/hr | 28.00  |
| 6/27/2006  | DAY | Tele Conference<br>Telephone conference with Clerk regarding rescheduling of Mediation.                | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Tele Conference<br>Telephone conference with client regarding resetting of Mediation.                  | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding resetting of Mediation.     | 0.08<br>350.00/hr | 28.00  |
| 6/28/2006  | DAY | Draft correspondence<br>Draft correspondence to Mediator and opposing counsel at request of Clerk, Judy Richardson, as a re-notice of Mediation. | 0.08<br>350.00/hr | 28.00  |
| 7/19/2006  | DAY | Review<br>Review correspondence from opposing counsel regarding reset of mediation.                    | 0.05<br>350.00/hr | 17.50  |

Mr. Harry L. Danow       November 17, 2008       Invoice No.:    11137              Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/19/2006 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding reset of mediation. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Review<br>Review Defendant's Reply Brief. | 0.75<br>350.00/hr | 262.50 |
|  | DAY | Research<br>Research law cited in Reply Brief. | 3.50<br>350.00/hr | 1,225.00 |
| 7/20/2006 | DAY | Review<br>Review opposing counsel's fax of July 20, 2006 regarding reset of Mediation. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding reset of mediation and missing Reply Brief. | 0.17<br>350.00/hr | 59.50 |
| 7/21/2006 | DAY | Review<br>Review Order on Motion to Reinstate Appeal and attached correspondence from Clerk. | 0.08<br>350.00/hr | 28.00 |
| 7/31/2006 | DAY | Review<br>Review our Reply Brief and discuss with Mr. Gupta. | 1.50<br>350.00/hr | 525.00 |
| 8/9/2006 | DAY | Review<br>Review Defendant's corrected Brief with original.  No changes found.  Filing of corrected Brief violates Clerk's Order to provide new covers that comply with the Rule only.  Order did not require filing of corrected Brief. | 0.50<br>350.00/hr | 175.00 |
| 9/14/2006 | DAY | Review<br>Review Re-Notice of Mediation. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Tele Conference<br>Telephone conference with mediator. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to Mediator regarding reset of deposition and prepare chronology. | 0.75<br>350.00/hr | 262.50 |
| 9/20/2006 | DAY | Tele Conference<br>Telephone conference with Mediator regarding reset of Mediation.  He informed me that a Decision has been | 0.08<br>350.00/hr | 28.00 |

Mr. Harry L. Danow        November 17, 2008        Invoice No.:      11137                Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | issued so Mediation cancelled. |  |  |
| 9/20/2006 | DAY | Tele Conference<br>Telephone conference with co-counsel regarding Decision issued by 11th Circuit. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Tele Conference<br>Telephone conference with client regarding Decision issued by 11th Circuit. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Review<br>Review 11th Circuit Decision. | 0.33<br>350.00/hr | 115.50 |
| 9/21/2006 | DAY | Prepare<br>Prepare Bill of Costs. | 0.33<br>350.00/hr | 115.50 |
| 10/21/2006 | DAY | Review<br>Review Mandate and Order on Costs received today. | 0.08<br>350.00/hr | 28.00 |
| 10/23/2006 | DAY | Prepare<br>Prepare Bill of Costs for District Court. | 0.17<br>350.00/hr | 59.50 |
| 10/24/2006 | DAY | Review<br>Review Court's Order DE 45 regarding Amendment of Complaint. | 0.08<br>350.00/hr | 28.00 |
| 10/27/2006 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Motion to Compel Costs not received. | 0.08<br>350.00/hr | 28.00 |
| 11/3/2006 | DAY | Review<br>Review Defendant's Opposition to Bill of Costs. | 0.17<br>350.00/hr | 59.50 |
| 11/8/2006 | DAY | Prepare<br>Prepare Reply to Defendant's Response to Plaintiff's Bill of Costs. | 1.25<br>350.00/hr | 437.50 |
|  | DAY | Research<br>Research and Read Case cited by Defendant's United States v.Olive. | 0.25<br>350.00/hr | 87.50 |
| 11/13/2006 | DAY | Review<br>Review Order on costs [DE 49] | 0.08<br>350.00/hr | 28.00 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137          Page     14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2006 DAY | Draft correspondence<br>Draft correspondence to opposing Counsel regarding costs and motion to compel if not paid within 10 days. |  | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Review<br>Review Eleventh Circuit Order and file to prepare First Amended Complaint. | 0.75<br>350.00/hr | 262.50 |
|  | DAY | Research<br>Research Law regarding statute of limitations on FCCPA claim when amending complaint and standards on §1692c claim. | 0.75<br>350.00/hr | 262.50 |
|  | DAY | Draft<br>Draft First Amended Complaint. | 3.00<br>350.00/hr | 1,050.00 |
| 11/14/2006 DAY | Review<br>Review Defendant's Rule 26 Disclosures. |  | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing Counsel requesting Amended Rule 26 Disclosures and deposition dates. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Prepare<br>Prepare First Amended Rule 26 Initial Disclosures. | 0.25<br>350.00/hr | 87.50 |
| 11/18/2006 DAY | Draft<br>Draft/revise proposed Amended Joint Scheduling Report. |  | 0.50<br>350.00/hr | 175.00 |
| 11/20/2006 DAY | Tele Conference<br>Telephone conference from opposing counsel, wants to do Motion to Stay Discovery pending his contemplated Motion to Dismiss. I do not agree. |  | 0.08<br>350.00/hr | 28.00 |
| 11/21/2006 DAY | Review<br>Review Defendant's Second Amended Rule 26 Disclosure. |  | 0.17<br>350.00/hr | 59.50 |
| 11/22/2006 DAY | Prepare<br>Prepare First Request for Production |  | 0.25<br>350.00/hr | 87.50 |

Mr. Harry L. Danow        November 17, 2008        Invoice No.:    11137                Page    15

|            |     |                                                                                                              | Hrs/Rate            | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|---------------------|--------|
| 11/27/2006 | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding his question about my proposed Joint Scheduling Report. | 0.08<br>350.00/hr   | 28.00  |
|            | DAY | Revise<br>Make revisions to proposed Joint Scheduling Report.                                                | 0.08<br>350.00/hr   | 28.00  |
| 11/29/2006 | DAY | Review<br>Review Defendant's Motion to Dismiss [DE 53].                                                      | 0.42<br>350.00/hr   | 147.00 |
|            | DAY | Review<br>Review opposing counsel's correspondence of 11-27-06 and revise Joint Scheduling Report.           | 0.25<br>350.00/hr   | 87.50  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Joint Scheduling Report.          | 0.08<br>350.00/hr   | 28.00  |
|            | DAY | Review<br>Review Defendant's Motion to Stay Discovery [DE 54].                                               | 0.33<br>350.00/hr   | 115.50 |
| 12/11/2006 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Motion to Extend.                 | 0.08<br>350.00/hr   | 28.00  |
|            | DAY | Review<br>Review opposing counsel's correspondence regarding Motion to Extend.                               | 0.08<br>350.00/hr   | 28.00  |
|            | DAY | Draft<br>Draft/revise Motion for Extension of Time.                                                          | 0.25<br>350.00/hr   | 87.50  |
| 12/12/2006 | DAY | Review<br>Review and analyze Defendant's Motion to Stay Discovery [DE 54].                                   | 0.33<br>350.00/hr   | 115.50 |
|            | DAY | Research<br>Legal research regarding Standards to Stay Discovery.                                            | 1.75<br>350.00/hr   | 612.50 |
|            | DAY | Draft<br>Draft Opposition to Defendant's Motion to Stay Discovery [DE 54].                                   | 1.50<br>350.00/hr   | 525.00 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137                    Page     16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/12/2006 DAY | Review | Review Order on Motion for Extension [DE 57]. | 0.08 350.00/hr | 28.00 |
| 12/13/2006 DAY | Review | Review Defendant's Reply [DE 59]. | 0.33 350.00/hr | 115.50 |
| 1/4/2007 DAY | Draft correspondence | Draft correspondence to opposing counsel regarding Motion for Extension. | 0.08 350.00/hr | 28.00 |
| DAY | Draft | Draft/revise Motion for Extension of Time. | 0.25 350.00/hr | 87.50 |
| 1/9/2007 DAY | Prepare | Prepare Opposition to Defendant's Motion to Dismiss. | 2.00 350.00/hr | 700.00 |
| 1/16/2007 DAY | Review | Review Defendant's reply [DE 64]. | 0.17 350.00/hr | 59.50 |
| 2/27/2007 DAY | Review | Review Order on Motion to Dismiss [(DE 65)]. | 0.08 350.00/hr | 28.00 |
| 3/1/2007 DAY | Draft correspondence | Draft correspondence to opposing counsel regarding Response to Plaintiff's Request for Production which is overdue. | 0.08 350.00/hr | 28.00 |
| 3/8/2007 DAY | Review | Review Defendant's Response to Plaintiff's Request For Production. | 0.50 350.00/hr | 175.00 |
| 3/14/2007 DAY | Review | Review Defendant's Answer and Compare to Complaint. | 0.42 350.00/hr | 147.00 |
| 6/28/2007 DAY | Draft correspondence | Draft correspondence to opposing counsel regarding inspection. | 0.17 350.00/hr | 59.50 |
| 7/5/2007 DAY | Review | Review Defendant's Motion to Extend Discovery DE 68. | 0.25 350.00/hr | 87.50 |
| 7/14/2007 DAY | Review | Review Defendant's Motion for Summary Judgment. | 1.75 350.00/hr | 612.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137                    Page    17

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2007 | DAY | Review<br>Review Court's Order Setting Hearing on Motion for<br>Summary Judgment. | 0.17<br>350.00/hr | 59.50 |
| | DAY | Prepare<br>Prepare Motion for Extension regarding Defendant's<br>Motion for Summary Judgment. | 0.50<br>350.00/hr | 175.00 |
| | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding<br>Motion. | 0.08<br>350.00/hr | 28.00 |
| 7/18/2007 | DAY | Prepare<br>Prepare Opposition to Motion to Extend Discovery Cut<br>Off. | 1.75<br>350.00/hr | 612.50 |
| | DAY | Review<br>Review Amended Scheduling Order DE 72. | 0.17<br>350.00/hr | 59.50 |
| 7/24/2007 | DAY | Prepare<br>Prepare Motion for Extension of Time. | 0.75<br>350.00/hr | 262.50 |
| | DAY | Review<br>Review and compare Affidavits to Document Requests. | 0.75<br>350.00/hr | 262.50 |
| 7/30/2007 | DAY | Review<br>Review Defendant's Opposition to Motion to Continue<br>(DE 75). | 0.17<br>350.00/hr | 59.50 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding<br>Depositions. | 0.17<br>350.00/hr | 59.50 |
| 8/2/2007 | DAY | Review<br>Review Order and Re-Notice of Hearing. DE 76. | 0.08<br>350.00/hr | 28.00 |
| 8/23/2007 | DAY | Meeting<br>Meet with client and his son regarding their Affidavits. | 0.33<br>350.00/hr | 115.50 |
| | DAY | Prepare<br>Prepare Statement of Facts. | 0.33<br>350.00/hr | 115.50 |
| | DAY | Research<br>Research regarding Motion for Summary Judgment. | 4.50<br>350.00/hr | 1,575.00 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137                    Page    18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2007 | DAY | Prepare<br>Prepare Motion for Summary Judgment. | 0.67<br>350.00/hr | 234.50 |
|  | DAY | Prepare<br>Prepare Memorandum of Law in support of Motion for<br>Summary Judgment. | 5.00<br>350.00/hr | 1,750.00 |
| 9/12/2007 | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding<br>discovery dispute. | 0.25<br>350.00/hr | 87.50 |
| 9/13/2007 | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding<br>Discovery. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding<br>Discovery. | 0.17<br>350.00/hr | 59.50 |
| 9/28/2007 | DAY | Prepare<br>Prepare Plaintiff's Response to Defendant's Request for<br>Admissions. | 2.00<br>350.00/hr | 700.00 |
|  | DAY | Review<br>Review Defendant's Motion to Compel. DE 87. | 1.00<br>350.00/hr | 350.00 |
|  | DAY | Review<br>Review Defendant's Opposition to Plaintiff's Motion for<br>Summary Judgment. DE 84. | 1.00<br>350.00/hr | 350.00 |
|  | DAY | Prepare<br>Prepare Motion for Extension regarding Summary<br>Judgment. | 0.33<br>350.00/hr | 115.50 |
|  | DAY | Prepare<br>Prepare Opposition to Motion for Summary Judgment. | 0.33<br>350.00/hr | 115.50 |
| 10/9/2007 | DAY | Review<br>Review Order on Motion to Compel. DE 96. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Review<br>Review Defendant's Motion for Sanctions. DE 94. | 0.42<br>350.00/hr | 147.00 |

Mr. Harry L. Danow        November 17, 2008        Invoice No.:    11137                    Page    19

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2007 | DAY | Review<br>Review Defendant's Reply to Plaintiff's Opposition to<br>Motion to Compel Discovery. DE 93. | 0.33<br>350.00/hr | 115.50 |
|  | DAY | Review<br>Review Defendant's Notice of Non-Availability. DE 92. | 0.08<br>350.00/hr | 28.00 |
| 10/15/2007 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding<br>inspection of tapes. | 0.08<br>350.00/hr | 28.00 |
| 10/28/2007 | DAY | Prepare<br>Prepare Answers to Defendant's Interrogatories. | 0.67<br>350.00/hr | 234.50 |
|  | DAY | Meeting<br>Meet with client regarding preparation of Answers to<br>Defendant's Interrogatories. | 0.25<br>350.00/hr | 87.50 |
| 11/6/2007 | DAY | Prepare<br>Prepare for hearing on Motion for Summary Judgment. | 0.75<br>350.00/hr | 262.50 |
|  | DAY | Attend Hearing<br>Attend hearing on Motion for Summary Judgment. | 1.33<br>350.00/hr | 465.50 |
|  | DAY | Other activities<br>Travel to and from courthouse in Miami for hearing on<br>Motion for Summary Judgement. | 2.00<br>350.00/hr | 700.00 |
|  | DAY | Review<br>Review Civil Minutes. DE 99. | 0.08<br>350.00/hr | 28.00 |
| 11/7/2007 | DAY | Review<br>Review opposing counsel's correspondence of November<br>7, 2007 and the attached transcript of the telephone<br>messages at issue in this case. | 0.17<br>350.00/hr | 59.50 |
| 11/9/2007 | DAY | Review<br>Review opposing counsel's correspondence regarding<br>transcript of tape recordings and threatened motion to<br>compel. | 0.17<br>350.00/hr | 59.50 |
| 11/14/2007 | DAY | Review<br>Review Order on Motion for Extension. DE 95 | 0.17<br>350.00/hr | 59.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137          Page     20

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/14/2007 | DAY | Review<br>Review Defendant's Response to Plaintiff's Motion for Extension. DE 91. | 0.17<br>350.00/hr | 59.50 |
| | DAY | Prepare<br>Prepare Motion for Extension of Time Regarding Motion for Sanctions. DE 100. | 0.33<br>350.00/hr | 115.50 |
| 11/19/2007 | DAY | Prepare<br>Prepare Opposition to Motion for Sanctions. | 1.50<br>350.00/hr | 525.00 |
| 11/27/2007 | DAY | Review<br>Review Defendants Reply to Plaintiff's Opposition to Defendant's Motion For Sanctions. DE 103. | 0.25<br>350.00/hr | 87.50 |
| 1/22/2008 | DAY | Review<br>Review Order regarding Motion for Sanctions. DE 104. | 0.17<br>350.00/hr | 59.50 |
| | DAY | Review<br>Review opposing counsel's correspondence of January 22, 2008 regarding the Joint transcript of the telephone calls at issue in this case. | 0.08<br>350.00/hr | 28.00 |
| 1/24/2008 | DAY | Review<br>Review Notice of Filing Transcript. DE 106. | 0.08<br>350.00/hr | 28.00 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding the Joint transcript of the telephone calls at issue in this case. | 0.17<br>350.00/hr | 59.50 |
| 2/5/2008 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding filing of tapes. | 0.08<br>350.00/hr | 28.00 |
| 2/12/2008 | DAY | Other activities<br>Listen to two tape recorded messages Defendant left for Plaintiff and compare to transcript, DE 106. | 0.25<br>350.00/hr | 87.50 |
| 2/14/2008 | DAY | Review<br>Review Order on Motion for Summary Judgment. DE 107. | 0.58<br>350.00/hr | 203.00 |
| 2/28/2008 | DAY | Review<br>Review Notice of Trial. | 0.08<br>350.00/hr | 28.00 |

Mr. Harry L. Danow       November 17, 2008       Invoice No.:     11137          Page    21

|            |     |                        | Hrs/Rate | Amount |
|------------|-----|------------------------|----------|--------|
| 2/28/2008  | DAY | Prepare<br>Prepare Motion to Appear by Phone or Continue Pretrial Conference. | 0.50<br>350.00/hr | 175.00 |
| 3/2/2008   | DAY | Prepare<br>Prepare Motion to Continue Pretrial Hearing. | 0.42<br>350.00/hr | 147.00 |
| 3/11/2008  | DAY | Review<br>Review Order on Motion to Reset Hearing. DE 110. | 0.08<br>350.00/hr | 28.00 |
| 3/31/2008  | DAY | Prepare<br>Prepare Plaintiff's Trial Witness and Trial Exhibit List. | 2.50<br>350.00/hr | 875.00 |
| 4/22/2008  | DAY | Attend Hearing<br>Attend Pretrial conference. | 0.50<br>350.00/hr | 175.00 |
|            | DAY | Other activities<br>Travel to and from Federal courthouse, Miami, Florida for pretrial conference. | 2.50<br>350.00/hr | 875.00 |
|            | DAY | Tele Conference<br>Telephone conference with client regarding cancellation of trial date and his availability for new trial date. | 0.08<br>350.00/hr | 28.00 |
| 4/23/2008  | DAY | Review Correspondence<br>Review opposing counsel's correspondence regarding trial date and give telephonic notice to chambers. | 0.08<br>350.00/hr | 28.00 |
|            | DAY | Review<br>Review Civil minutes, DE 113. | 0.08<br>350.00/hr | 28.00 |
| 4/28/2008  | DAY | Review<br>Review Re-Notice of New Trial Date, DE 114. | 0.08<br>350.00/hr | 28.00 |
| 6/18/2008  | DAY | Prepare<br>Prepare Plaintiff's Unopposed Motion Permitting Electronic Devices. | 0.42<br>350.00/hr | 147.00 |
| 6/19/2008  | DAY | Meeting<br>Meet with client to prepare for trial. | 2.00<br>350.00/hr | 700.00 |
|            | DAY | Tele Conference<br>Telephone conference with co-counsel, Bueno, regarding jury instructions. | 0.17<br>350.00/hr | 59.50 |

Mr. Harry L. Danow        November 17, 2008        Invoice No.:    11137                    Page    22

|            |     |                                                                                       | Hrs/Rate     | Amount   |
|------------|-----|---------------------------------------------------------------------------------------|--------------|----------|
| 6/20/2008  | DAY | Prepare<br>Prepare Plaintiff for trial.                                                | 4.50<br>350.00/hr | 1,575.00 |
| 6/21/2008  | DAY | Prepare<br>Prepare for trial.                                                         | 3.00<br>350.00/hr | 1,050.00 |
| 6/22/2008  | DAY | Prepare<br>Prepare for trial.                                                         | 6.50<br>350.00/hr | 2,275.00 |
| 6/23/2008  | DAY | Other activities<br>Travel to and from trial, Federal Court House, Miami, Florida.   | 3.00<br>350.00/hr | 1,050.00 |
|            | DAY | Attend trial.<br>Attend Trial.                                                       | 6.00<br>350.00/hr | 2,100.00 |
|            | DAY | Conference<br>Confer with client over lunch regarding his testimony for the afternoon. | 1.00<br>350.00/hr | 350.00   |
|            | DAY | Conference<br>Confer with opposing counsel regarding jury instructions and verdict form. | 1.00<br>350.00/hr | 350.00   |
|            | DAY | Prepare<br>Prepare jury instructions and verdict form.                               | 2.00<br>350.00/hr | 700.00   |
| 6/24/2008  | DAY | Other activities<br>Travel to and from U.S. District Court Miami for second day of trial. | 3.00<br>350.00/hr | 1,050.00 |
|            | DAY | Attend trial.<br>Attend trial.                                                       | 7.00<br>350.00/hr | 2,450.00 |
|            | DAY | Conference<br>Confer with client and co-counsel regarding jury instructions during lunch break from trial. | 1.00<br>350.00/hr | 350.00   |
|            | DAY | Draft correspondence<br>Draft correspondence to co-counsel, Gupta, regarding documents needed to file Plaintiff's Motion for Fees and Costs. | 0.17<br>350.00/hr | 59.50    |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137          Page    23

|            |     |                                                                                                                      | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 6/26/2008  | DAY | Review<br>Review documents filed by the court today, DE 119 through DE 122.                                           | 0.17<br>350.00/hr | 59.50  |
| 6/28/2008  | DAY | Research<br>Legal research regarding affect of Offer of Judgment on Plaintiff's attorney fees.                       | 0.75<br>350.00/hr | 262.50 |
|            | DAY | Review Correspondence<br>Review correspondence of co-counsel, Bueno, regarding fees motion.                          | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to co-counsel, Bueno, regarding fees motion.                            | 0.17<br>350.00/hr | 59.50  |
| 6/30/2008  | DAY | Prepare<br>Prepare Plaintiff's Notice of Filing Proposed Jury Instructions and Verdict Form.                         | 0.08<br>350.00/hr | 28.00  |
| 7/1/2008   | DAY | Review Correspondence<br>Review correspondence of opposing counsel regarding post trial motions he intends to file.  | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding lack of pre-filing conference and post trial motions. | 0.08<br>350.00/hr | 28.00  |
| 7/7/2008   | DAY | Tele Conference<br>Telephone conference with co-counsel regarding motion for new trial and our opposition and need to move for entry of judgment. | 0.70<br>350.00/hr | 245.00 |
| 7/12/2008  | DAY | Review<br>Review and analyze Defendant's Motion for Judgment as a Matter of Law, DE 125.                             | 1.75<br>350.00/hr | 612.50 |
|            | DAY | Review<br>Review and analyze Defendant's motion for a new trial, DE 126.                                             | 1.25<br>350.00/hr | 437.50 |
|            | DAY | Review<br>Review Defendant's Request for Hearing, DE 127.                                                            | 0.08<br>350.00/hr | 28.00  |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137          Page    24

|            |     |                       | Hrs/Rate      | Amount |
|------------|-----|-----------------------|---------------|--------|
| 7/12/2008  | DAY | Review<br>Review Clerk's Notice of Instruction to File, DE 128. | 0.03<br>350.00/hr | 10.50 |
| 7/21/2008  | DAY | Prepare<br>Prepare Motion for Extension of Time to File Opposition to Defendant's Motion for Judgment Notwithstanding Verdict and Motion for New Trial. | 0.50<br>350.00/hr | 175.00 |
| 7/30/2008  | DAY | Review<br>Review transcript of Borack's trial testimony, 85 pages, regarding post trial motions. | 1.25<br>350.00/hr | 437.50 |
| 9/27/2008  | DAY | Prepare<br>Prepare Motion for Entry of Final Judgment. | 0.33<br>350.00/hr | 115.50 |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel as pre-filing conference regarding Motion for Entry of Final Judgment. | 0.08<br>350.00/hr | 28.00 |
| 9/29/2008  | DAY | Review Correspondence<br>Review correspondence of opposing counsel regarding pre-filing conference on Motion for Entry of Judgment. | 0.05<br>350.00/hr | 17.50 |
|            | DAY | Revise<br>Revise Motion for Entry of Judgment, DE 137. | 0.08<br>350.00/hr | 28.00 |
| 10/1/2008  | DAY | Review<br>Review Final Judgment, DE 138. | 0.05<br>350.00/hr | 17.50 |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Satisfaction of Judgment. | 0.08<br>350.00/hr | 28.00 |
|            | DAY | Draft correspondence<br>Draft correspondence to co-counsel regarding preparation of fees motion. | 0.08<br>350.00/hr | 28.00 |
| 10/31/2008 | DAY | Review<br>Review Notice of Appeal, DE 139. | 0.08<br>350.00/hr | 28.00 |
|            | DAY | Tele Conference<br>Telephone conference with co-counsel, Bueno, regarding impact of appeal on Plaintiff's Motion for Fees and Costs, and preparation of Motion for Fees, and Motion for | 0.17<br>350.00/hr | 59.50 |

Mr. Harry L. Danow          November 17, 2008          Invoice No.:     11137                    Page    25

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Extension regarding Fees Motion. |  |  |
| 10/31/2008 | DAY | Tele Conference<br>Telephone conference with co-counsel, Gupta, regarding impact of appeal on Plaintiff's Motion for Fees and Costs, and preparation of Motion for Fees, and Motion for Extension regarding Fees Motion. | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Prepare<br>Prepare Motion for Extension of Time regarding Fees Motion, DE 140. | 0.33<br>350.00/hr | 115.50 |
|  |  | For professional services rendered | 165.60 | $57,960.00 |

Additional Charges :

|  |  |  | Qty/Price | |
|---|---|---|---|---|
| 9/25/2005 | DAY | Filing Fee<br>Filing Fee. | 1<br>250.00 | 250.00 |
| 10/6/2005 | DAY | Process Server<br>Service of Process. | 1<br>24.00 | 24.00 |
| 6/20/2008 | DAY | E124 Other expenses<br>Copy fee for Demonstrative Trial Exhibit: Plaintiff's letter to Defendant. | 1<br>63.60 | 63.60 |
| 6/28/2008 | DAY | E115 Deposition transcripts<br>Partial Trial Transcript. | 1<br>36.30 | 36.30 |
| 7/30/2008 | DAY | E115 Deposition transcripts<br>Partial Trial Transcript re testimony of David E. Borack. | 1<br>341.70 | 341.70 |

Total costs                                                                                    $715.60

Total amount of this bill                                                                      $58,675.60

Balance due                                                                                    $58,675.60

Mr. Harry L. Danow        November 17, 2008        Invoice No.:     11137                          Page    26

Please remit the balance due to:

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL 33339