UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 05-61562 CIV-MARTINEZ-BANDSTRA

HARRY L. DANOW,

    Plaintiff,

vs.

DAVID E. BORACK and
THE LAW OFFICE OF
DAVID E. BORACK, P.A.,

    Defendants.
_____/

## DEFENDANTS' OFFER OF JUDGMENT

COME NOW, the Defendants, DAVID E. BORACK and THE LAW OFFICE OF DAVID E. BORACK, P.A., by and through their undersigned counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure serves this Offer of Judgment on the Plaintiff, and in the furtherance thereof would offer:

| | |
|---|---|
| Applicable Law: | This Offer of Judgment has been served but has not been filed in accordance with Rule 68 of the Federal Rules of Civil Procedure. |
| Parties Making Offer: | The Defendants, David E. Borack and the Law Office of David E. Borack, P.A. make this offer. |
| Claim: | This Offer of Judgment is made to all claims made by the Plaintiff against the Defendants in that certain litigation filed in the District Court styled above. |
| Relevant Condition: | The Plaintiff shall dismiss this lawsuit, with prejudice, in its entirety and execute a confidential release. |
| Total Amount Offered: | The total amount of this Offer of Judgment is THREE THOUSAND ($3,000.00) DOLLARS, to be paid to |

the Plaintiff, HARRY L. DANOW, by the Defendants, DAVID E. BORACK and THE LAW OFFICE OF DAVID E. BORACK, P.A.

Attorneys Fees and Costs: Inclusive in the total amount offered herein is an offer of ONE THOUSAND, SEVEN HUNDRED ($1,700.00) DOLLARS for attorneys fees and THREE HUNDRED ($300.00) DOLLARS as costs, to be paid to the Plaintiff, HARRY L. DANOW, by the Defendants, DAVID E. BORACK and THE LAW OFFICE OF DAVID E. BORACK, P.A.

This offer has been communicated by a Certificate of Service in the form required by applicable rules by Certified Mail and by facsimile.

GOVERN YOURSELF ACCORDINGLY.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2005 a copy of the foregoing was sent via Certified Mail and Facsimile 954-566-2235 to Donald A. Yarbrough, Esq., Attorney for the Plaintiff at 2000 E. Oakland Park Blvd, Suite 105, Fort Lauderdale, Florida 33306.

BORACK & ASSOCIATES, P.A.
P.O. Box 245160
Pembroke Pines, Florida 33024
Telephone No.: (954) 965-2955
Facsimile No.: (954) 985-9495

By: _____
Steven M. Canter
Florida Bar No.: 0605891

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Donald A. Yarbrough, Esq.
    2000 East Oakland Park Blvd
    Suite 105
    Fort Lauderdale, FL 33306

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Sandra Fillichio
B. Date of Delivery: 11/22
C. Signature: X Sandra Fillichio
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
   7000 0600 0027 2059 0505

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Return to S. Canter

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
   Donald A. Yarbrough, Esq.
Street, Apt. No.; or PO Box No.
   2000 E. Oakland Park Blvd Suite 105
City, State, ZIP+4
   Fort Lauderdale, FL 33306

PS Form 3800, February 2000    See Reverse for Instructions

7000 0600 0027 2059 0505

DAVID E. BORACK, P.A.,

    Defendants.

_____/

## DEFENDANTS' OFFER OF JUDGMENT

COME NOW, the Defendants, DAVID E. BORACK and THE LAW OFFICE OF DAVID E. BORACK, P.A., by and through their undersigned counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure serves this Offer of Judgment on the Plaintiff, and in the furtherance thereof would offer:

| | |
|---|---|
| Applicable Law: | This Offer of Judgment has been served but has not been filed in accordance with Rule 68 of the Federal Rules of Civil Procedure. |
| Parties Making Offer: | The Defendants, David E. Borack and the Law Office of David E. Borack, P.A. make this offer. |
| Claim: | This Offer of Judgment is made to all claims made by the Plaintiff against the Defendants in that certain litigation filed in the District Court styled above. |
| Relevant Condition: | The Plaintiff shall dismiss this lawsuit, with prejudice, in its entirety and execute a confidential release. |
| Total Amount Offered: | The total amount of this Offer of Judgment is THREE THOUSAND ($3,000.00) DOLLARS, to be paid to |

TRANSMISSION REPORT

RESULT : OK
PAGES : 2 sheets

F CODE :
DEST. NUMBER : 9545662235
DESTINATION : 9545662235
Account Name :

DOCUMENT# : 6310042-369
TIME STORED : NOV 19 16:44
TIME SENT : NOV 19 16:44
DURATION : 25sec
MODE : ECM

(SAT) NOV 19 2005 16:44
BANYAN BAY APTS

p.1