UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05-61562-CIV-MARTINEZ/BANDSTRA

HARRY L. DANOW,

    Plaintiff,

v.

THE LAW OFFICE
OF DAVID E. BORACK, P.A.,

    Defendant.

_____/

**CONSENT CASE**

**ORDER**

On November 2, 2009, the Eleventh Circuit granted Plaintiff's motion to transfer consideration of attorneys' fees on appeal to this Court under Circuit Rule 39-2(d). Defendant's appeal from this Court's order of June 10, 2009, awarding attorneys' fees and costs remains pending before the Eleventh Circuit.

Accordingly, in the interests of judicial economy, the Court hereby ORDERS that any consideration of attorneys' fees on appeal in this case be DEFERRED until the Eleventh Circuit disposes of all pending appeals. Unless the Eleventh Circuit orders otherwise, Plaintiff shall file any motion for all fees on appeal within ten days of issuance of the mandate in Appeal No. 09-13560-GG.

DONE AND ORDERED in Miami, Florida this 16th day of Feb, 2010.

TED E. BANDSTRA
United States Magistrate Judge