UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

**CONSENT CASE**

HARRY L. DANOW,

    Plaintiff.

v.

THE LAW OFFICE OF DAVID E. BORACK, P.A.,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR
AN AWARD OF COSTS AND ATTORNEY'S FEES**

    Plaintiff, HARRY L. DANOW, moves the Court for an Order that Defendant, THE LAW OFFICE OF DAVID E. BORACK, P. A., pay to Plaintiff an award of costs, litigation expense, and attorney's fees for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq*. and, in support thereof states as follows:

    1.    This Motion was previously filed as (DE 207). The Court denied the motion without prejudice (DE 210) and ordered the refiled motion be accompanied by a copy of Mr. Borack's communication regarding his lack of opposition which is now attached as Exhibit "A". The Court also required the refiled motion be accompanied by Mr. Gupta's time records which are now attached to his Declaration as Exhibit "A".

    2.    Plaintiff herein was represented by Donald A. Yarbrough and Deepak Gupta.

3. Mr. Gupta's Declaration filed in support of this motion details the procedural history of the case.

4. Mr. Borack has stated in writing that he does not oppose this motion.

5. Mr. Borack has not satisfied one cent of the judgment for damages entered in this case or the prior judgment for trial attorney fees and costs and now claims he is unable to pay anything toward the judgment for damages and trial attorney fees. Only *after* the 11th Circuit dismissed his two most recent appeals, did he disclose that he *did* have insurance coverage for this suit, yet chose, in his words, to "go naked" while claiming twice in course of the suit that insurance was "Not Applicable" in his Rule 26 Initial Disclosures and a later amended disclosure.

6. Plaintiff's attorney Donald A. Yarbrough has expended a total of 38.53 hours on behalf of Plaintiff. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

7. This Court previously determined that the reasonable rate for both Mr. Yarbrough and Mr. Gupta is $300.00, when considering the motion for trial attorney fees and costs.

8. The reasonable attorney fee for the services of Donald A. Yarbrough in this matter is $11,559.00 (38.53 hours x $300/hour). Mr. Yarbrough has exercised billing judgment in the preparation of his time records. He has chosen to not bill 9 hours and 10

minutes time incurred in the litigation of this case. He has chosen not to bill for his paralegal who expended substantial time on this case.

9. Mr. Yarbrough incurred costs and litigation expenses of $16.87 in prosecution of this matter. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

10. Plaintiff's attorney Deepak Gupta has expended a total of 44.25 hours on behalf of Plaintiff. See Declaration of Deepak Gupta in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion.

11. The reasonable attorney fee for the services of Deepak Gupta in this matter is $13,275.00 (44.25 hours x $300/hour).

12. Under the FDCPA, a prevailing Plaintiff is entitled to attorney fees and costs incurred in the litigation of this Motion for Attorney Fees and Costs, and, accordingly, this Application includes the attorney fees and costs incurred in preparation of this Motion.

13. Pursuant to S.D. Fla. L.R. 7.3 B(iii), Plaintiff discloses that the terms of his agreement with counsel Donald A. Yarbrough and Deepak Gupta for payment of attorney's fees and costs are the greater of 40% of any recovery or $350.00 per hour plus costs incurred.

14. The total reasonable attorney fees and costs for the services of Plaintiff's counsel is:

        Mr. Yarbrough        11,559.00

|  |  |
|---|---|
| Mr. Gupta | 13,275.00 |
| Total Attorney Fees | 24,834.00 |
| Costs | 16.87 |
| Total Fees and Costs | <u>24,850.87</u> |

**WHEREFORE**, Plaintiff, HARRY L. DANOW, respectfully requests that this Court award reasonable attorney fees for the services of Plaintiff's counsel in the amount of $24,834.00 and costs of $16.87 for a total of $24,850.87.

## **CERTIFICATION PURSUANT TO RULE 7.3 B**

The undersigned has reviewed the time records and supporting data in this matter and this Motion is well grounded in fact and is justified.

## **CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

Plaintiff's counsel, Donald A. Yarbrough, conferred with David E. Borack regarding this motion. Mr. Borack stated in writing that he does not oppose the motion.

<div style="margin-left: 50%;">

s/Donald A. Yarbrough
at Fort Lauderdale, Florida

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone (954) 537-2000
Facsimile (954) 566-2235
donyarbrough@mindspring.com

By: s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

</div>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

HARRY L. DANOW,

    Plaintiff.

v.

THE LAW OFFICE OF DAVID E. BORACK, P.A.,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 15, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David E. Borack, Esq.
Law Office of David E. Borack, P. A.
Suite 200
2300 Maitland Center Parkway
Maitland, FL 32751

Via US Mail.