IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HARRY L. DANOW, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. |
| v. ) | 05-CV-61562-TEB |
| ) | |
| DAVID E. BORACK and ) | |
| THE LAW OFFICE OF DAVID E. BORACK, P.A., ) | |
| ) | |
| *Defendants* ) | |
| _____) | |

**DECLARATION OF DEEPAK GUPTA**

I, Deepak Gupta, hereby declare as follows:

1. I am a Staff Attorney at Public Citizen Litigation Group (PCLG), where I have practiced since 2004. My office address is 1600 20th Street, NW, Washington, DC 20009. I am a member in good standing of the Bar of the District of Columbia. I am also a member of the bar of several federal courts, including the U.S. Court of Appeals for the Eleventh Circuit and the U.S. Supreme Court.

2. PCLG is the litigating arm of Public Citizen, a national, non-profit consumer advocacy organization founded in 1972. PCLG advocates on behalf of consumers in state and federal courts nationwide. One of PCLG's specialties is appellate practice before the federal courts of appeals

and the U.S. Supreme Court; PCLG's attorneys have argued more than 50 cases in the Supreme Court alone.

3. At PCLG, I serve as director of the Consumer Justice Project, a project that partners with other non-profit organizations, legal aid lawyers, and private consumer advocates nationwide to file *amicus* briefs or jointly litigate consumer cases, frequently on appeal. I specialize in consumer litigation, including litigation under the Fair Debt Collection Practices Act (FDCPA). I have litigated several appeals under the FDCPA that have resulted in significant precedents for consumers.

4. Before coming to PCLG, I worked at the United States Department of Justice, Civil Rights Division, and served for two years as a law clerk to the Honorable Lawrence K. Karlton, Chief Judge Emeritus of the U.S. District Court for the Eastern District of California. I graduated in 2002 from Georgetown University Law Center and received my undergraduate degree from Fordham University, graduating *magna cum laude* in 1999, and earning membership in Phi Beta Kappa.

5. I am currently an Adjunct Professor of Law at both Georgetown University Law Center and American University, Washington College of Law, where I teach courses in public interest law and appellate advocacy.

5. I have served as the lead author of plaintiff-appellant Harry L. Danow's briefing in appeals before the U.S. Court of Appeals for the Eleventh Circuit in this case. The purpose of this declaration is to provide support for an award of attorney's fees and expenses under the Fair Debt Collection Practices Act (FDPCA), 15 U.S.C. 1692k(a)(3) for the work done on that briefing *following* the first successful appeal (for which this Court has already awarded attorneys' fees).

6. I was not involved in trial-court litigation in this case. Following the dismissal of this case on January 24, 2006, I was contacted by lead counsel for the plaintiff, Donald A. Yarbrough, who asked me to evaluate the prospects for this case on appeal and, if appropriate, to draft the appellate briefing. Mr. Yarbrough sought PCLG's assistance because of our expertise in both general appellate litigation and in litigation involving the Fair Debt Collection Practices Act. As noted the first appeal was successful.

6. Following the successful jury verdict in Mr. Danow's favor, Mr. Yarbrough again contacted me to defend the verdict on appeal. This time, the defendants filed an appeal challenging the jury verdict itself-- primarily on the grounds that Mr. Yarbrough had supposedly made prejudicial comments during his closing statement at trial. The appeal also

attempted to challenge the pretrial denial of the defendants' motion for summary judgment. I again agreed to handle the appeal. My initial assessment was that the appeal was without merit and was unlikely to succeed.

7. Although I judged the defendants' second appeal to be without merit, it was necessary to file a brief responding to the appeal, to show the court why no prejudicial error had occurred at trial. Preparing the brief required me to spend a significant amount of time studying the record, researching the law, and writing and editing an effective appellate brief. This was particularly time-intensive because the appeal required me to study the trial transcript, among other things, to rebut the defendants' argument that Mr. Yarbrough's statement had prevented defendants from receiving a fair trial. Nonetheless, because I relied on my experience in preparing such appeals and attempted to be as efficient as possible, my overall number of hours was considerably lower than might be expected.

7. Overall, I am seeking compensation for 44.25 hours spent on the tasks I performed: examining the record in this case and researching, writing, and editing the Brief for Appellee. In my experience, this is a very reasonable number of hours for a successful appeal to a United States Court of Appeals—particularly for an appeal arising out of a jury trial.

8. Based on a reasonable market hourly rate of $300, Public Citizen's total request in this case comes to $13,275.00.

9. I am not requesting compensation for any clerical work that would normally be performed by a non-attorney paralegal. I am also not requesting compensation for Westlaw research expenses or other office expenses incurred. Although these hours and expenses are compensable, it is my practice to claim compensation only for substantive attorney time. I also am not requesting compensation for the time that I spent evaluating the defendants' third appeal for Mr. Yarbrough; that appeal, too, was frivolous, and the Eleventh Circuit summarily affirmed without argument.

Signed under penalty of perjury on May 5, 2010, in Washington, D.C.

*/s/ Deepak Gupta*
Deepak Gupta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

HARRY L. DANOW,

    Plaintiff.

v.

THE LAW OFFICE OF DAVID E. BORACK, P.A.,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 15, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. David E. Borack, Esq.
Law Office of David E. Borack, P. A.
Suite 200
2300 Maitland Center Parkway
Maitland, FL 32751

Via US Mail.