# EXHIBIT "A"

**Attorney Time Records for Deepak Gupta**
*Danow v. Borack*: **Hours Relating to Second Appeal**

| Date | Hours | Description |
| --- | --- | --- |
| 2/10/09 | 2.5 | Initial review of Borack's opening brief |
| 3/5/09 | 0.75 | Coordinate with trial counsel re initial extension motion |
| 3/27/09 | 0.75 | Drafted, reviewed, and filed motion for extension of time to file opening brief on the merits |
| 4/7/09 | 3.4 | General research regarding new-trial cases in the Eleventh Circuit and other circuits |
| 4/8/09 | 2.5 | Research re necessary specificity of objection at trial |
| 4/9/09 | 3.2 | More research and reviewing cases re jury trial appeals |
| 4/10/09 | 2.3 | Start to outline and plan draft of opening brief |
| 4/11/09 | 3.3 | Research on standards of review, jury review and fact-intensive nature of bona-fide error defense, interpretation of ambiguity in closing arguments, preservation of issues, |
| 4/21/09 | 1.5 | Additional research re 11th Circuit standards on appeals concerning closing remarks in jury trials |
| 4/23/09 | 2.3 | Review and make notes on trial transcripts |
| 4/25/09 | 3.0 | Drafting opening brief (argument section I) |
| 4/30/09 | 2.25 | Additional research on bona-fide-error defense issues |
| 5/14/09 | 0.25 | Prepare and file notice of appearance |
| 5/5/09 | 4.75 | Continue drafting, editing merits brief |
| 5/6/09 | 3.25 | Edit statement of the issues and statement of the case |
| 5/8/09 | 6.5 | Finalize brief and take care of final logistics |
| 9/1/09 | 0.5 | Review Eleventh Circuit's opinion |
| 10/12/09 | 1.0 | Prepare & file mtn to transfer fees issue to district court |
| 10/18/09 | 0.25 | Prepare and file statement of non-opposition re transfer motion |
| **Total:** | **44.25** | |