UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

**CONSENT CASE**

HARRY L. DANOW,

    Plaintiff.

v.

THE LAW OFFICE OF DAVID E. BORACK, P.A.,

    Defendant.

_____/

**DECLARATION OF DONALD A. YARBROUGH
IN SUPPORT OF PLAINTIFF'S MOTION FOR AN
AWARD OF COSTS AND ATTORNEY'S FEES**

In support of Plaintiff's Motion For An Award of Costs and Attorney Fees, I, Donald A. Yarbrough, make the following statement:

    1.    I am a member in good standing of the Bars of the following Courts:

Supreme Court of Florida
Tallahassee, Florida
November 21, 1998

United States District Court Southern District of Florida
Miami, Florida
April 23, 1999

United States District Court Middle District of Florida
Tampa, Florida
May 5, 1999

United States District Court Northern District of Florida
Tallahassee, Florida
January 15, 1999

United States Court of Appeals for the Eleventh Circuit
Atlanta, GA
August 29, 2002

United States Court of Federal Claims
Washington, DC
August 5, 1999

United States Court of Appeals for the Federal Circuit
Washington, DC
October 1, 1999

United States Tax Court
Washington, DC
December 21, 1998

2.      I am a graduate of the University of Florida College of Law, December 22, 1995. I was awarded the 1995 Book Award for Trial Practice. As an undergraduate, I attended the University of Chicago and the University of Florida. I earned a Bachelor of Science in Accounting at the University of Florida on December 17, 1983 where I was a member of Beta Alpha Psi, National Honorary Society in Accounting.

3.      In December 1983 I opened my practice as an accountant and on March 31, 1988 I was licensed as a Certified Public Accountant in Florida.

4.      In November 1998 I opened my law office as a sole practitioner with a law general practice. In 2001 I began representing consumers in litigation under the Fair Debt Collection Practices Act and since January 1, 2005 have limited my practice exclusively to representing consumers under the various federal and state acts.

5.      I have written the following published articles:

*"The New Gramm-Leach-Bliley Act: Privacy Notices for CPAs"* published by "Florida CPA Today" a publication of the Florida Institute of CPAs, September/October 2001.

"*CPA-Client Confidentiality: The New Federal Privilege*" Co-author, published by Florida CPA Today," a publication of the Florida Institute of CPAs, November 1999. Awarded the Year 2000 Florida CPA Today Editorial Committee Award for Writing Excellence. Reprinted by the Society of Louisiana Certified Public Accountants, January/February 2000. Reprinted by "The Attorney-CPA" a publication of the American Association of Attorney-Certified Public Accountants, Volume XXXV, Number 3, 2000. Reprinted by The Wisconsin CPA" a publication of the Wisconsin Institute of CPAs, December 2000.

6. I am a member of the Federal Bar Association and have been a member of the Board of Directors of the Broward County Chapter from 2002 to the present.

7. I was Plaintiff's counsel in two appellate cases resulting in favorable rulings: Gallo v. Brady, 925 So. 2d 363, (Fla. Dist. Ct. App. 4th Dist, 2006), involving attorney malpractice and Danow v. Borack, Case No. 06-12088, U.S. App. 11th Cir., 2006. (2006 U.S. App. LEXIS 23894) involving the Fair Debt Collection Practices Act.

8. I have been Plaintiff's counsel in over 600 cases under the Fair Debt Collection Practices Act in the Southern District of Florida. I am the attorney for Plaintiff, HARRY L. DANOW, in the above-captioned action. I expended a total of 38.53 hours in this matter. My contemporaneously kept time records reflecting my service in

this litigation are attached hereto as Exhibit "A". I have exercised billing judgment in the preparation of my time records. I have chosen to not seek 9 hours and 10 minutes time I expended in this case. The reasonable hourly rate for my services is $350.00 hour, however, the Court previously determined the reasonable rate of $300.00. Accordingly, I request $300.00 per hour. I have been awarded $300.00 per hour in the following cases: *S. James Wallace v Collection Information Bureau, Inc.*, Case No.: 07-80941-Civ-Hurley/Hopkins (S.D.Fla., October 9, 2008); *Monica I. Barreras v. Viking Collection Service, Inc.*, Case No.: 05-61855-Civ- Marra/Seltzer (S.D.Fla., March 10, 2008); *Jennifer I. Scott v. Commonwealth Financial Systems, Inc.,* Case No.: 07-21192-Civ-Cooke/Brown (S.D.Fla., February 19, 2008); *Ruth V. Koku v. Educational Computer System, Inc.,* Case No.: 07-61231-Civ-Lenard/Torres (S.D.Fla., January 30, 2008); *Clifford J. Cideko v. Trans National Credit Corporation*, Case No.: 06-61606-Civ-Cohn/Snow (S.D.Fla., July 27, 2007); *Cathi A. Guidara-Fiano, et al.  v The Law Offices of Jason J. Evans, P. C.,* Case No.: 07-60227-Civ-Hurley/Hopkins (S.D.Fla., October 1, 2007); *Lori A. Bloomer v. Creditors Collection Services, Inc.*, Case No.: 06-61264-Civ-Seitz/McAliley (S.D.Fla., July 5, 2007); *Carolynne F. Williams v. Sun Asset Management, LLC,* Case No.: 07-60057-Civ-Ungaro/O'Sullivan (S.D.Fla., May 14, 2007); *Wayne E. Small v. Absolute Collection Service, Inc.,* Case No.: 04-61196-Civ-Jordan/Brown (S.D.Fla. March 22, 2006); *Sharon A. Campbell v. Credigy Services Corp.*, Case No.: 05-61539-Civ-Marra/Seltzer (S.D.Fla. February 2, 2006); *James V. Facciolo, III, v. Arent*, Case No. 03-61679-Civ-Dimitrouleas/ Torres (S.D.Fla., June 9, 2004). The

loadstar calculation of attorney's fees for my time expended is $11,559.00 (38.53 hours x $300.00/hour).

9.   I incurred costs and litigation expenses in the amount of $16.87 in this matter. See Exhibit "A".

10.   These requested attorney's fees and costs were reasonable and necessary to the litigation of this matter.

I, Donald A. Yarbrough, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the foregoing statements are true.

Dated this 6 day of May 2010.

             Respectfully submitted,

             DONALD A. YARBROUGH
             Attorney for Plaintiff
             Post Office Box 11842
             Fort Lauderdale, FL  33339
             Telephone (954) 537-2000
             Facsimile (954) 566-2235
             donyarbrough@mindspring.com

             By: s/Donald A. Yarbrough
             Donald A. Yarbrough, Esq.
             Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 05-61562-Civ-Martinez/Bandstra

HARRY L. DANOW,

    Plaintiff.

v.

THE LAW OFFICE OF DAVID E. BORACK, P.A.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 15, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        <u>s/Donald A. Yarbrough</u>
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David E. Borack, Esq.
Law Office of David E. Borack, P. A.
Suite 200
2300 Maitland Center Parkway
Maitland, FL 32751

Via US Mail.