# EXHIBIT "A"

# Donald A. Yarbrough, Esq.
## Suite 105, 2000 East Oakland Park Boulevard
## Post Office Box 11842
## Ft. Lauderdale, FL  33339
## 954-537-2000

Invoice submitted to:                                                                       May 06, 2010

Regarding:  Danow v Borack2
Invoice No.: 11323

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2008 | DAY | Review<br>Review Eleventh Circuit Clerk's letter dated November 10, 2008 regarding case requirements. | 0.08<br>300.00/hr | 24.00 |
|  | DAY | Draft<br>Draft Motion for Attorney Fees and Costs, DE 146. | 1.00<br>300.00/hr | 300.00 |
|  | DAY | Draft<br>Draft Memorandum of Law regarding Motion for Fees, DE 147. | 1.00<br>300.00/hr | 300.00 |
|  | DAY | Draft<br>Draft Declaration of Donald A. Yarbrough, DE 148. | 1.00<br>300.00/hr | 300.00 |
|  | DAY | Draft<br>Draft Declaration of Steven F. Grover, DE 151. | 0.33<br>300.00/hr | 99.00 |
|  | DAY | Review<br>Review Defendant's Motion for Fees, DE 141. | 1.50<br>300.00/hr | 450.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Motion for Extension regarding Defendant's Motion for Fees. | 0.08<br>300.00/hr | 24.00 |
|  | DAY | Draft<br>Draft Proposed Order regarding Fees Motion. | 0.17<br>300.00/hr | 51.00 |
|  | DAY | Draft<br>Draft Proposed Judgment regarding Fees Motion. | 0.17<br>300.00/hr | 51.00 |

May 06, 2010     Invoice No.:    11323                                    Page     2

|            |     |                                                                                                                                                                    | Hrs/Rate      | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------|--------|
| 11/19/2008 | DAY | Draft<br>Draft Motion for Extension of Time, DE 152.                                                                                                                           | 0.33<br>300.00/hr | 99.00  |
| 11/20/2008 | DAY | Review<br>Review Order on Plaintiff's Motion for Extension, DE 153.                                                                                                            | 0.05<br>300.00/hr | 15.00  |
| 11/21/2008 | DAY | Review<br>Review and respond to opposing counsel's correspondence regarding extensions on Motions for Extension regarding the pending fees motions.                            | 0.08<br>300.00/hr | 24.00  |
|            | DAY | Review<br>Review Defendant's Motion for Extension of Time to file Opposition to Plaintiff's Motion for Fees and Costs, (DE 154).                                               | 0.20<br>300.00/hr | 60.00  |
| 11/25/2008 | DAY | Review<br>Review Order on Defendant's Motion for Extension, DE 155.                                                                                                            | 0.05<br>300.00/hr | 15.00  |
| 12/1/2008  | DAY | Prepare<br>Prepare Motion for Additional Extension of Time, DE 156.                                                                                                            | 0.50<br>300.00/hr | 150.00 |
| 12/3/2008  | DAY | Review<br>Review Order on Motion for Extension, DE 157.                                                                                                                        | 0.05<br>300.00/hr | 15.00  |
| 12/4/2008  | DAY | Review Correspondence<br>Review two correspondences of opposing counsel regarding extension of time.                                                                           | 0.05<br>300.00/hr | 15.00  |
|            | DAY | Draft correspondence<br>Draft two correspondences to opposing counsel regarding Defendant's Request for Extension of Time.                                                     | 0.05<br>300.00/hr | 15.00  |
| 12/5/2008  | DAY | Review<br>Review letter from Appellate Clerk dated December 2, 2008, notifying Borack that appeal will be dismissed is Civil Appeal Statement not filed by December 16, 2008.  | 0.08<br>300.00/hr | 24.00  |
|            | DAY | Review<br>Review Order on Defendant's Motion for Extension, DE 158.                                                                                                            | 0.05<br>300.00/hr | 15.00  |

|  |  | May 06, 2010   Invoice No.:   11323 | Hrs/Rate | Page 3 Amount |
|---|---|---|---|---|

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2008 | DAY | Review<br>Review Order on Motion for Extension, DE 161. | 0.05<br>300.00/hr | 15.00 |
|  | DAY | Review<br>Review Motion for Extension of Time drafted by co-counsel, DE 159. | 0.08<br>300.00/hr | 24.00 |
|  | DAY | Review<br>Review Order on Motion for Extension, DE 160. | 0.05<br>300.00/hr | 15.00 |
| 12/10/2008 | DAY | Prepare<br>Prepare Opposition to Defendant's Motion for Fees, DE 162. | 6.00<br>300.00/hr | 1,800.00 |
| 12/13/2008 | DAY | Review<br>Review Defendant's Civil Appeal Statement especially claimed basis for appeal. | 0.17<br>300.00/hr | 51.00 |
| 12/14/2008 | DAY | Review<br>Review Defendant's Opposition to Plaintiff's Motion For Fees, DE 163. | 1.75<br>300.00/hr | 525.00 |
| 12/15/2008 | DAY | Tele Conference<br>Telephone conference with co-counsel, Bueno, regarding our reply to Defendant's opposition to our Motion for Fees. | 0.17<br>300.00/hr | 51.00 |
|  | DAY | Review Correspondence<br>Review correspondence from co-counsel, Gupta, regarding his research on whether we are entitled to appellate fees. | 0.08<br>300.00/hr | 24.00 |
|  | DAY | Review Correspondence<br>Review correspondence of opposing counsel regarding pretrial conference regarding Motion for Extension regarding reply. | 0.03<br>300.00/hr | 9.00 |
|  | DAY | Review<br>Review Defendant's Motion for Extension regarding reply, DE 164. | 0.17<br>300.00/hr | 51.00 |
|  | DAY | Prepare<br>Prepare Response to Defendant's Motion for Extension, DE 165. | 0.17<br>300.00/hr | 51.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel conferring on a Motion to Strike Exhibits or exceed page limits and for | 0.17<br>300.00/hr | 51.00 |

|            |     |                        | May 06, 2010 | Invoice No.: | 11323 | Page 4 |
|------------|-----|------------------------|--------------|--------------|-------|--------|

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | extension of time. | | |
| 12/16/2008 | DAY | Review<br>Review Order granting Defendant's Motion for Extension of Time, (DE 166). | 0.05<br>300.00/hr | 15.00 |
| 12/17/2008 | DAY | Review Correspondence<br>Review correspondence from Clerk, US Court of Appeals, regarding revised briefing schedule. | 0.05<br>300.00/hr | 15.00 |
| | DAY | Review<br>Review Memorandum to Counsel or Parties from Clerk, US Court of Appeals, regarding briefing schedule and procedures. | 0.08<br>300.00/hr | 24.00 |
| 12/22/2008 | DAY | Prepare<br>Prepare Motion for Extension of Time regarding Reply, DE 167. | 0.33<br>300.00/hr | 99.00 |
| 12/23/2008 | DAY | Review<br>Review Defendant's Reply Brief, DE 168, re Defendant's Motion for Fees and costs. | 0.25<br>300.00/hr | 75.00 |
| 12/24/2008 | DAY | Review<br>Review Notice of Telephonic Mediation and requirements for Confidential Mediation Summary contained in Mediator's letter of December 19, 2008. | 0.17<br>300.00/hr | 51.00 |
| 12/30/2008 | DAY | Review<br>Review Order granting Plaintiff's Unopposed Motion for Extension of Time, (DE 169). | 0.05<br>300.00/hr | 15.00 |
| 1/5/2009 | DAY | Prepare<br>Prepare Motion for Additional Extension regarding Reply Brief, DE 170. | 0.50<br>300.00/hr | 150.00 |
| 1/6/2009 | DAY | Review<br>Review Order granting Plaintiff's Motion for Extension of Time, (DE 171). | 0.05<br>300.00/hr | 15.00 |
| 1/12/2009 | DAY | Research<br>Legal research regarding Reply to Defendant's Opposition (DE 163) to Plaintiff's Motion for Fees (De 146). | 3.00<br>300.00/hr | 900.00 |

|   |   |   | May 06, 2010 | Invoice No.: | 11323 | | Page | 5 |

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/12/2009 | DAY | Prepare | Prepare Reply to Defendant's Opposition (DE 163) to Plaintiff's Motion for Fees (DE 146). | 2.00<br>300.00/hr | 600.00 |
|  | DAY | Prepare | Prepare Motion for Extension of Time, DE 172. | 0.33<br>300.00/hr | 99.00 |
| 1/13/2009 | DAY | Prepare | Prepare confidential mediation summary required by Mediator's letter of December 19, 2008. | 0.33<br>300.00/hr | 99.00 |
|  | DAY | Review | Review Order granting Plaintiff's Motion for Extension of Time to file Reply, (DE 173). | 0.05<br>300.00/hr | 15.00 |
| 1/15/2009 | DAY | Tele Conference | Telephone conference with Mediator and opposing counsel regarding Mediator's effort to determine if a full mediation is warranted. | 0.20<br>300.00/hr | 60.00 |
|  | DAY | Review | Review Re-Notice of Telephonic Mediation from Beth Greenfield-Mandler, Circuit Mediator 11th Circuit. | 0.05<br>300.00/hr | 15.00 |
| 1/20/2009 | DAY | Prepare | Prepare Motion for Additional Extension of Time, DE 174. | 0.25<br>300.00/hr | 75.00 |
| 1/22/2009 | DAY | Review | Review Order granting Plaintiff's Motion for Extension of Time (DE 175). | 0.05<br>300.00/hr | 15.00 |
| 1/23/2009 | DAY | Review | Review correspondence from opposing counsel to 11th Circuit Clerk confirming extension to file Initial Brief. | 0.05<br>300.00/hr | 15.00 |
| 1/26/2009 | DAY | Revise | Revise Reply Brief regarding Plaintiff's Motion for Fees, DE 176. | 3.00<br>300.00/hr | 900.00 |
| 2/10/2009 | DAY | Tele Conference | Telephone conference with co-counsel, Gupta, regarding our opposition to Defendant's Appellate Brief. | 0.23<br>300.00/hr | 69.00 |

May 06, 2010     Invoice No.:   11323                              Page    6

|            |     |                                                                                                                                                |  Hrs/Rate       |  Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 2/12/2009  | DAY | Tele Conference<br>Telephone conference with co-counsel, Gupta, regarding settlement authority for mediation today.                             | 0.28<br>300.00/hr | 84.00  |
|            | DAY | Tele Conference<br>Telephone conference with co-counsel, Bueno, regarding settlement authority for mediation today.                             | 0.17<br>300.00/hr | 51.00  |
|            | DAY | Other activities<br>Attend telephonic mediation.                                                                                                | 0.42<br>300.00/hr | 126.00 |
| 2/13/2009  | DAY | Review<br>Review Notice of Rescheduled Telephonic Mediation from Beth Greenfield-Mandler, Circuit Mediator, US Court of Appeals.                | 0.10<br>300.00/hr | 30.00  |
| 3/2/2009   | DAY | Prepare<br>Prepare Motion for Extension of time to file Appellate Reply Brief.                                                                  | 0.25<br>300.00/hr | 75.00  |
| 3/3/2009   | DAY | Other activities<br>Attend telephonic mediation.                                                                                                | 0.83<br>300.00/hr | 249.00 |
|            | DAY | Tele Conference<br>Telephone conference with Gupta regarding preparation of Appeal.                                                             | 0.25<br>300.00/hr | 75.00  |
| 3/24/2009  | DAY | Review<br>Review Defendant's Motion for Protective Order, DE 178.                                                                               | 0.33<br>300.00/hr | 99.00  |
| 3/27/2009  | DAY | Other activities<br>Numerous email correspondences with opposing counsel and co-counsel regarding Second Motion for Extension of Time.          | 0.17<br>300.00/hr | 51.00  |
|            | DAY | Review<br>Review Revised Second Motion for Extension of Time regarding Appellat Brief.                                                          | 0.08<br>300.00/hr | 24.00  |
| 4/4/2009   | DAY | Review<br>Review Defendant's Opposition to Motion for Extension regarding Appelate Brief.                                                       | 0.17<br>300.00/hr | 51.00  |

May 06, 2010     Invoice No.:     11323                                   Page     7

|            |     |                                                                                                          |   Hrs/Rate   |   Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|--------------|----------|
| 4/6/2009   | DAY | Review<br>Review Order regarding Second Extension regarding Appellate Brief.                             | 0.05<br>300.00/hr | 15.00 |
|            | DAY | Tele Conference<br>Telephone conference with co-counsel, Gupta, regarding need for copy of trial transcript. | 0.17<br>300.00/hr | 51.00 |
| 4/10/2009  | DAY | Prepare<br>Prepare Response to Defendant's Motion for Protective Order, DE 179.                          | 1.83<br>300.00/hr | 549.00 |
| 4/20/2009  | DAY | Review<br>Review Defendant's Reply re Defendant's Motion for Protective Order, DE 180.                   | 0.17<br>300.00/hr | 51.00 |
| 5/6/2009   | DAY | Review<br>Review Order on Defendant's Motion for Protective Order, DE 181.                               | 0.17<br>300.00/hr | 51.00 |
| 5/7/2009   | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding deposition of Defendant.      | 0.05<br>300.00/hr | 15.00 |
| 5/22/2009  | DAY | Review<br>Review Appellant's Unopposed Motion to 11th Circuit Court of Appeals for Extension of Time to File Reply Brief. | 0.15<br>300.00/hr | 45.00 |
| 6/3/2009   | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding Borack's deposition.          | 0.05<br>300.00/hr | 15.00 |
| 6/7/2009   | DAY | Review<br>Review Defendant's counsel's Notice of Address Change, DE 185.                                 | 0.03<br>300.00/hr | 9.00 |
| 6/10/2009  | DAY | Review<br>Review Order in Fees Motions, DE 186.                                                          | 0.17<br>300.00/hr | 51.00 |
| 6/23/2009  | DAY | Review<br>Review Appellant's Second Motion to 11th Circuit Court of Appeals for Extension of Time to File Reply Brief. | 0.25<br>300.00/hr | 75.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | May 06, 2010    Invoice No.:    11323 | | Page    8 |

| Date | | Type | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/23/2009 | DAY | Review | Review Appellant's Notice of Change of Address. | 0.08 300.00/hr | 24.00 |
| 6/29/2009 | DAY | Review | Review Order granting Appellant's Unopposed Motion for Extension of Time to File Reply Brief. | 0.08 300.00/hr | 24.00 |
| 7/7/2009 | DAY | Tele Conference | Telephone conference with opposing counsel's new counsel, Barbara Sinsley, regarding settlement. | 0.42 300.00/hr | 126.00 |
| 10/16/2009 | DAY | Prepare | Prepare Notice of Non-Opposition regarding Motion to Transfer. | 0.17 300.00/hr | 51.00 |
| 11/4/2009 | DAY | Tele Conference | Telephone conference with co-counsel, Gupta, regarding Motion for Fees and Settlement. | 0.17 300.00/hr | 51.00 |
| | DAY | Tele Conference | Telephone conference with opposing counsel, Sinsley, regarding settlement of Fees Motion. | 0.08 300.00/hr | 24.00 |
| | DAY | Tele Conference | Telephone conference with opposing counsel, Canter, regarding settlement of Fees Motion. | 0.17 300.00/hr | 51.00 |
| 11/6/2009 | DAY | Tele Conference | Telephone conference from Clerk regarding Appearance of Counsel Form. | 0.08 300.00/hr | 24.00 |
| | DAY | Prepare | Prepare Appearance of Counsel Form. | 0.08 300.00/hr | 24.00 |
| 11/19/2009 | DAY | Tele Conference | Telephone conference with co-counsel re arguments for Brief | 0.22 300.00/hr | 66.00 |
| 2/4/2010 | DAY | Review | Review Order, DE 197. | 0.08 300.00/hr | 24.00 |
| 2/15/2010 | DAY | Review | Review and Revise Status Report Concerning Attorneys' Fees on Appeal, later filed as DE 198. | 0.25 300.00/hr | 75.00 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | May 06, 2010 | Invoice No.: | 11323 | | Page 9 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/17/2010 | DAY | Review<br>Review Order regarding Attorneys' Fees deference, DE 199. | 0.08<br>300.00/hr | 24.00 |
| 2/24/2010 | DAY | Review<br>Review Order From 11th Circuit Affirming Trial Courts Ruling on Attorneys Fees. | 0.25<br>300.00/hr | 75.00 |
| 3/10/2010 | DAY | Review<br>Review Notice of Appearance of Counsel, DE 200. | 0.05<br>300.00/hr | 15.00 |
| | DAY | Review<br>Review Motion to Withdraw as Attorney for Defendant, and Request to Stop Electronic Notices, DE 201. | 0.33<br>300.00/hr | 99.00 |
| 3/22/2010 | DAY | Review<br>Review Order on Defendants' Motion to Withdraw, DE 202 | 0.05<br>300.00/hr | 15.00 |
| 4/6/2010 | DAY | Tele Conference<br>Telephone conference with opposing Mr. Borack re Motion for Extension of Time to File Motion for Attorney's Fees. | 0.10<br>300.00/hr | 30.00 |
| | DAY | Prepare<br>Prepare Motion for Extension of Time to File Motion for Attorney's Fees later filed as DE 205. | 0.33<br>300.00/hr | 99.00 |
| 4/9/2010 | DAY | Review<br>Review Order on Plaintiff's Motion for Extension of Time to File for Attorney Fees and Costs, DE 206 | 0.05<br>300.00/hr | 15.00 |
| 4/29/2010 | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding Prefiling Conference on Motion to Substitute and Motion for Attorneys fees. | 0.32<br>300.00/hr | 96.00 |
| 4/30/2010 | DAY | Other activities<br>In the settlement conference with David Borack held yesterday, Mr. Borack disclosed for the first time in this litigation that he actually did have a valid insurance policy in effect that would have covered this litigation. I reviewed Defendant's 3 Rule 26 Initial Disclosures and found that on each of them Defendant stated insurance was "Not Applicable". | 0.17<br>300.00/hr | 51.00 |

|            |     |                                                                                                          | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-----------------|--------|

May 06, 2010    Invoice No.:   11323                                    Page   10

|           |     |                                                                                                                  | Hrs/Rate         | Amount      |
|-----------|-----|------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 5/6/2010  | DAY | Prepare<br>Prepare Motion for Attorney Fees and Costs.                                                           | 1.00<br>300.00/hr | 300.00      |
|           | DAY | Prepare<br>Prepare Declaration of Donald A. Yarbrough in support of Motion for Attorney Fees and Costs.          | 1.00<br>300.00/hr | 300.00      |
|           |     | For professional services rendered                                                                               | 38.53            | $11,559.00  |

Additional Charges :

|           |     |                                                                                                                  | Qty/Price        |             |
|-----------|-----|------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 2/4/2009  | DAY | Federal Express<br>Federal Express: two day delivery of Appellant's Brief and Record Excerpts to co-counsel, Deepak Gupta. | 1<br>16.87       | 16.87       |
|           |     | Total costs                                                                                                      |                  | $16.87      |
|           |     | Total amount of this bill                                                                                        |                  | $11,575.87  |
|           |     | Balance due                                                                                                      |                  | $11,575.87  |

Please remit the balance due to:

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL 33339