UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61562-CIV-MARTINEZ/BANDSTRA

HARRY L. DANOW,

    Plaintiff,

CONSENT CASE

vs.

DAVID E. BORACK and THE LAW
OFFICE OF DAVID E. BORACK, P.A.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion for an Award of Costs and Attorney's Fees (D.E. 212) filed on July 15, 2010. This case was previously tried by jury before the undersigned on June 23 and 24, 2008, resulting in a jury verdict in favor of plaintiff, Harry L. Danow, in the amount of $1,000.00.[1] Following, trial, defendant appealed the jury verdict alleging several trial errors. The Eleventh Circuit found no error and affirmed the verdict. *Danow v. Borack*, 2009 WL 2882469 (11th Cir. 2009). On June 10, 2009, this Court awarded plaintiff attorney's fees in the amount of $62,895.00 and costs in the amount of $715.60 as the prevailing party in this case and pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*. Defendant appealed this Court's June 10th Order awarding attorney's fees and costs, arguing that Fed.R.Civ.P. 68 should have precluded the award of any fees in this case. On November 2, 2009, the Eleventh

---

[1] The parties previously consented to the jurisdiction of the undersigned for all proceedings including trial pursuant to 28 U.S.C. § 636(c).

Circuit granted plaintiff's motion to transfer consideration of attorney's fees on appeal to this Court pursuant to Circuit Rule 39-2(d). On February 22, 2010, the Eleventh Circuit affirmed plaintiff's award of attorneys' fees, finding that this Court did not err in applying Rule 68. Plaintiff now seeks attorneys fees and costs on appeal in the total amount of $24,850.87. Defendant, the Law Offices of David E. Borack, P.A., has not filed a response in opposition to this motion.

Following full review of the pleadings, the Court file, submitted affidavits and time records and applicable law, the Court hereby

ORDERS and ADJUDGES that Plaintiff's Unopposed Motion for an Award of Costs and Attorney's Fees is GRANTED with the Court awarding attorney's fees in the amount of $24,834.00 and costs in the amount of $16.87. In so awarding, the Court continues to find that plaintiff is entitled to reasonable attorney's fees and costs as the prevailing party in the case, having also prevailed on appeal. The Court also continues to find that plaintiff's attorneys, David A. Yarbrough and Deepak Gupta, should be compensated at an hourly rate of $300.00 per hour as so requested and as previously determined by this Court to be consistent with attorney hourly rates typically awarded in this community.

Accordingly, the Court concludes that a reasonable fee for the services of Mr. Yarbrough is $11,559.00 (38.53 hours of legal services at $300.00 per hour) and that a reasonable fee for the services of Mr. Gupta is $13,275.00 (44.25 hours of legal services at $300.00 per hour). These hours are well documented and reflect a reasonable amount of time devoted to each legal task. In addition, the Court award $16.87 in costs.

DONE AND ORDERED in Chambers, at Miami, Florida this 29th day of July, 2010.

_____
Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:
Honorable Jose E. Martinez
Counsel of record